Mary E. McPherson (SBN 177194)
mmcpherson@tresslerllp.com
Yeun C. Yim (SBN 253748)
yyim@tresslerllp.com
TRESSLER LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:(949) 336-1200
Facsimile: (949) 752-0645

Attorneys for Defendants FEDERAL INSURANCE COMPANY and CHUBB & SON INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| ANGELICA JONES, | Case No.: |
| --- | --- |
| Plaintiffs, | Courtroom: |
| v. | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 and 1441 (DIVERSITY)** |
| FEDERAL INSURANCE COMPANY, a New Jersey corporation, CHUBB & SON, INC. (a Division of Federal Insurance Company), a New Jersey corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

**TO THE JUDGES AND CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendants Federal Insurance Company, a New Jersey corporation, and Chubb & Son Inc., a New York corporation, hereby remove to this Court the state court action described below based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441.

1. On or about December 19, 2013, plaintiff Angelica Jones ("Plaintiff") commenced an action by filing a Complaint in the Superior Court of the State of California,

1

NOTICE OF REMOVAL

County of Alameda, entitled *Angelica Jones v. Federal Insurance Company, et al.*, Case No. RG13 707520 (the "State Action"). A true and correct copy of the Complaint and Summons are attached hereto as Exhibit "A". Federal Insurance Company ("Federal Insurance") and Chubb & Son Inc. (collectively referred to as "Defendants") are named as defendants in Plaintiff's Complaint filed in the State Action.

2. As explained below, the State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

## I. JURISDICTION

3. This action is a civil action over which this Court has jurisdiction under 28 U.S.C. §§ 1332 and 1441, and is one which may be removed to this Court by Defendants.

## II. THIS REMOVAL NOTICE IS TIMELY

4. Pursuant to 28 U.S.C. § 1446(b), "If the case stated by the initial pleading is not removable, a notice of removal of a civil action or proceeding may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it be first ascertained that the case is one which is or has become removable ...".

5. The first date upon which Defendants received a copy of the Complaint in the State Action was December 23, 2013, which is when Defendants were served with a copy of the State Action Complaint, the Superior Court of California, County of Alameda Alternative Dispute Resolution (ADR) Information Packet (the "accompanying documents"), and with the Summons. A true and correct copy of the State Action Complaint, Summons, and accompanying documents is attached hereto as Exhibit "A."

6. Pursuant to 28 U.S.C. § 1446(a), Exhibits "A" consist of all "process, pleadings, and orders" served on Defendants in the State Action.

NOTICE OF REMOVAL

## III. DIVERSITY OF CITIZENSHIP

7. Plaintiff, an individual, is domiciled in the state of California and is a citizen of the state of California. (*See* Ex. A, Compl. p. 1 at ¶ 3).

8. Defendant Federal Insurance is incorporated under the laws of Indiana, with its principal place of business in New Jersey.

9. Defendant Chubb & Son Inc., which is an improper party in the State Action, is incorporated under the laws of the state of New York, and for purposes of diversity jurisdiction, has a principal place of business in New Jersey. However, while Chubb & Son Inc. exists as a New York corporation, it no longer conducts any business in any state or jurisdiction, has not had any employees since January 1, 1998, and has been inactive since January 1, 1998. While it is inactive, Chubb & Son Inc. serves as a holding company for some subsidiaries.

10. Plaintiff has also named "DOES 1 through 20, inclusive" as defendants to this action. Pursuant to 28 U.S.C. § 1441(a), the citizenship of defendants sued under fictitious names (*i.e.*, "DOES") shall be disregarded.

11. Based on the foregoing, there is complete diversity between the parties and this State Action may be removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441.

## IV. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

12. In this case, Plaintiff alleges she is entitled to payment from Defendants for accidental death benefits in the amount of $250,000 payable to her under an "accidental death insurance policy issued by Federal." (*See* Ex. A, Compl. ¶3, 2:14-2:15; ¶ 11, 4:14-4:15.)

13. In addition to Plaintiff's accidental death benefits claim, Plaintiff also seeks undisclosed general and special damages, punitive damages; and and attorney's fees incurred in pursuit of her claimed policy benefits. (*See* Ex. A, Compl. p. 7.)

14. Hence, the amount in controversy exceeds the $75,000 jurisdictional amount requirement.

## V. VENUE AND INTRADISTRICT ASSIGNMENT

15. Venue for this removal lies in the United States District Court for the Northern District of California, Oakland Division because the State Action filed by Plaintiff is now

pending in this judicial district and the State Action arises in the County of Alameda, California. *See* 28 U.S.C. § 1441(a), Civil L.R. 3-2(c).

## VI. ALL OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

16. Other than "DOES 1-20," Federal Insurance and Chubb & Son Inc. are the only defendants in the State Action.

17. Federal Insurance has filed an Answer and Affirmative Defenses to Plaintiff's Complaint in the State Action. A true and correct copy of Federal Insurance's Answer and Affirmative Defenses is attached hereto as Exhibit "B."

18. Chubb & Son Inc. is an improper defendant and has not filed a responsive pleading. Chubb & Son Inc. will request a voluntarily dismissal from Plaintiff after removal of this State Action. If Plaintiff will not voluntarily dismiss Chubb & Son Inc., Chubb & Son Inc. anticipates it will timely file a Motion to Dismiss.

19. Defendants are informed and believes that since the filing of Plaintiff's Complaint on December 19, 2013, no substantive proceedings have taken place in the State Action.

20. Pursuant to 28 U.S.C. § 1446(a), Exhibit "A" comprises all "process, pleadings, and orders" served on Defendants in the State Action.

21. Defendants have not sought similar relief with respect to this matter.

22. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by 28 U.S.C. § 1446(d).

23. Pursuant to 28 U.S.C. § 1446(d), upon filing this Notice of Removal in the Office of the Clerk of the United States District Court for the Northern District of California, Oakland Division, Defendants have also filed a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Alameda, to effect removal of the State Action.

24. The allegations in this Notice of Removal are true and correct and this case is within the jurisdiction of the United States District Court for the Northern District of California.

///
///
///

WHEREFORE, Defendants respectfully request that the State Action be removed to this Court from the Superior Court of the State of California for the County of Alameda, as if initially commenced herein.

Dated:  January 21, 2014        TRESSLER LLP

By: *Mary E McPherson*
Mary E. McPherson
Yeun C. Yim
Attorneys for Defendants FEDERAL INSURANCE COMPANY and CHUBB & SON INC.

OC#46756

NOTICE OF REMOVAL

*Angelica Jones v. Federal Ins. Co. et al.*
United States District Court, Northern District of California
Oakland Division, Case No. TBD
**Our File No. 2246-754**

I hereby certify that on the date indicated below, I served the foregoing: **NOTICE OF REMOVA OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 and 1441 (DIVERSITY)** with the Clerk of the Court using the CM/ECF system. Notification of such filing has also been sent to counsel or all represented parties, including the following:

James J. Matson, Esq.
LAW OFFICES OF JAMES J. MATSON
1333 N. California Blvd., Suite 620
Walnut Creek, CA 94596
Telephone:    (925) 934-1980
Facsimile:    (925) 934-1978
Email:        jmatson@sonic.net

Attorneys for Plaintiff ANGELICA JONES

☒    **BY MAIL** (Fed.Civ.Pro. Rule 5 and CCP § 1013) - I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practices of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Dated:    January 21, 2014            /s/ Johnetta Caldwell
                                       Johnetta Caldwell

NOTICE OF REMOVAL