**EXHIBIT A**

*12·23·13*
*12:50p*

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FEDERAL INSURANCE COMPANY, a New Jersey corporation,
CHUBB & SON, INC. (a Division of Federal Insurance Company), a
New Jersey corporation, and DOES 1 through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ANGELICA JONES

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ENDORSED
FILED
ALAMEDA COUNTY**

**DEC 19 2013**

CLERK OF THE SUPERIOR COURT
By_____
Deputy
**Angela Yamsuan**

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Alameda
1225 Fallon Street
Oakland, CA 94612

**CASE NUMBER:**
*(Número del Caso):*
**RG13 707520**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James J. Matson, Esq., Law Offices of James J. Matson, 1333 N. California Blvd., Suite 620, Walnut Creek, CA 94596 (925) 934-1980

DATE:
*(Fecha)* **DEC 19 2013**
Clerk, by **Leah T. Wilson** *(Secretario)* **Angela Yamsuan**, Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* **Chubb & Son, Inc.**

   under: ☑ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

1  JAMES J. MATSON, ESQ. (SBN #120870)
   LAW OFFICES OF JAMES J. MATSON
2  1333 N. California Blvd., Suite 620
   Walnut Creek, CA 94596
3  Telephone: (925) 934-1980
   Facsimile: (925) 934-1978
4  Email: jmatson@sonic.net

5  Attorney for: Plaintiff,
   ANGELICA JONES
6

7

**ENDORSED**
**FILED**
**ALAMEDA COUNTY**

DEC 1 9 2013

CLERK OF THE SUPERIOR COURT
By Angela Yamsuan

8                 SUPERIOR COURT OF CALIFORNIA

9              IN AND FOR THE COUNTY OF ALAMEDA

10
   ANGELICA JONES,                    )  No. **RG13 707520**
11                                     )
          Plaintiff,                   )
12                                     )  COMPLAINT FOR BREACH OF
          vs.                          )  INSURANCE CONTRACT; TORTIOUS
13                                     )  BREACH OF THE IMPLIED COVENANT
   FEDERAL INSURANCE COMPANY, a New    )  OF GOOD FAITH AND FAIR DEALING
14 Jersey corporation, CHUBB & SON,    )
   INC. (a Division of Federal         )
15 Insurance Company), a New Jersey    )
   corporation, and DOES 1 through     )
16 20, inclusive,                      )
                                       )
17                                     )
          Defendants.                  )
18 _____)
19

20

21        Plaintiff, ANGELICA JONES (hereinafter "Plaintiff"), alleges

22 against Defendants, and each of them, as follows:

23

24                     GENERAL ALLEGATIONS

25        1.   Plaintiff is informed and believes, and thereon alleges,

26 that at all times herein relevant Defendant, FEDERAL INSURANCE

27 COMPANY (hereinafter "Federal") was and is a corporation organized

28

                              -1-

and existing under the laws of the State of New Jersey, and licensed to do business in California as an insurance company, and was doing business as an insurance company in Alameda County.

2.    Plaintiff is informed and believes, and thereon alleges, that at all times herein relevant Defendant, CHUBB & SON, INC. (a corporate subsidiary of Federal)(hereinafter "Chubb") was and is a corporation organized and existing under the laws of the State of New Jersey, licensed and authorized to do business in California as an insurance company, and at all times herein relevant was doing business as an insurance company in Alameda County.

3.    Plaintiff, ANGELICA JONES (hereinafter "Plaintiff") is, and at all times herein relevant was, a member of Pacific Service Employees Association (hereinafter "PSEA"), and a member-insured under an accidental death insurance policy issued by Federal to PSEA and its members with an effective date of June 1, 2012 (Policy #99070071), a true and correct copy of which policy is attached to this complaint as Exhibit "A" (paginated for ease of reference) and incorporated herein by this reference (hereinafter the "Policy"). The Policy provides accidental death insurance coverage to Plaintiff in the event of the accidental death of Plaintiff and/or Plaintiff's spouse, Rodney Jones, in accordance with the terms and conditions of the Policy.  The Policy was issued in Alameda County, California, to Plaintiff and other PSEA members employed by PG&E at PG&E's corporate headquarters in the City of Oakland.

-2-

4.   The true names and capacities, whether individual, corporate, associate or otherwise of DOES 1 through 20, inclusive, are unknown to Plaintiff. Plaintiff therefore sues such defendants by such fictitious names and will amend this complaint to insert their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each such fictitiously named defendant is in some manner, means or degree, connected with the matters alleged and is liable to Plaintiff thereon.

5. Plaintiff is informed and believes, and thereon alleges, that at all times herein relevant each of the defendants was the agent and/or employee of each of the remaining defendants and, in doing the things hereinafter alleged, was acting within the course and scope of such agency and/or employment.

6.   The Policy provides that Plaintiff is entitled to accidental death benefits, in the amount of $250,000, if Plaintiff's spouse, Rodney Jones, died by accident within the meaning of the Policy. On or about June 24, 2012, Rodney Jones did die by accident within the meaning of the Policy, as a result of an accidental heroin overdose.

7.   Plaintiff timely submitted a claim for accidental death benefits to Chubb, Federal's designated claims representative, and by November 15, 2012, Plaintiff had completed all proof of loss requirements of Chubb, and Chubb accepted the claim as timely. On or about November 15, 2012, Chubb, on behalf of Federal, sent a

letter to Plaintiff, wrongfully denying Plaintiff's claim for accidental death benefits.

## First Cause of Action

### Breach of Insurance Contract (against Federal and Does 1-10)

8. Plaintiff hereby incorporates by reference, and re-alleges paragraphs 1 through 7 above, as though fully set forth herein.

9. Federal and Does 1 through 10 breached the Policy by failing to pay policy benefits upon satisfaction of proof of loss requirements by Plaintiff.

10. Plaintiff has satisfied all proof of loss requirements under the terms of the Policy.

11. As a direct and proximate result of Federal's wrongful denial of accidental death insurance benefits, plaintiff was deprived of policy benefits of $250,000, was forced to retain an attorney, and suffered emotional distress in an amount according to proof, with reasonable interest thereon.

12. As a further direct and proximate result of this breach by Defendant Federal and Does 1 through 10, Plaintiff was forced to retain an attorney to pursue this matter.

WEHREFORE, Plaintiff prays judgment against Federal and Does 1 through 10 as hereinafter set forth.

/    /    /

/    /    /

/    /    /

-4-

## Second Cause of Action

## Tortious Breach of the Implied Covenant

## of Good Faith and Fair Dealing

### (Against Federal, Chubb, and Does 1 through 20)

13.   Plaintiff hereby incorporates by reference and re-alleges paragraphs 1 through 12 above, as though fully set forth herein.

14.   Federal, Chubb, and Does 1 through 20 tortiously breached the covenant of good faith and fair dealing implied by law in the Policy by virtue of the following acts or omissions:

      a.   Unreasonable withholding of policy benefits;

      b.   Unreasonable investigation of Plaintiff's claim;

      c.   Failure to evaluate Plaintiff's claim objectively;

      d.   Falsely representing provisions of the Federal Policy to Plaintiff, including the false representations that the Policy contained "intoxication" and "narcotic" exclusions; and

      e.   Plaintiff reserves the right to allege other acts of bad faith when they become known.

15.   As a direct and proximate result of the above-alleged conduct of Federal, Chubb, and Does 1 through 20, Plaintiff was forced to retain an attorney to pursue contract benefits and Plaintiff suffered emotional distress in an amount according to proof.

/   /   /

/   /   /

/   /   /

16.   Plaintiff is informed and believes, and thereon alleges, that Federal, Chubb, and Does 1 through 20 have a pattern and practice of treating claims for accidental death insurance benefits unfairly, thereby evidencing an intent to withhold policy benefits on a large scale basis, and harming numerous insureds within the State of California.

17.   The above-alleged conduct of Federal, Chubb, and Does 1 through 20 was and is malicious, oppressive and/or fraudulent, justifying an award of punitive damages in an amount according to proof.

WHEREFORE, Plaintiff prays judgment against Federal, Chubb, and Does 1 through 20 as hereinafter set forth.

/     /     /
/     /     /
/     /     /
/     /     /
/     /     /
/     /     /
/     /     /
/     /     /
/     /     /
/     /     /
/     /     /
/     /     /
/     /     /

1

## PRAYER FOR RELIEF

2      WHEREFORE, Plaintiff prays judgment against Defendants, and

3  each of them, as follows:

4      1.  An award of general and special damages according to proof

5  at trial;

6      2.  An award of punitive damages according to proof at trial;

7

8      3.  An award of reasonable attorneys' fees;

9      4.  Costs of suit herein;

10     5.  Statutory  pre-judgment  interest  and  interest  on  any

11 judgment entered by the Court; and

12     6.  Such other and further relief as may be deemed appropriate

13 by the Court.

14

15

16 Dated: December 19, 2013          LAW OFFICES OF JAMES J. MATSON

17

18

19

20                                  By: _____

21                                      James J. Matson
                                        Attorney for Plaintiff,
22                                      ANGELICA JONES

23

24

25

26
   JJM/jm
27 12/19/13
   ACJ001
28



# Superior Court of California, County of Alameda
# Alternative Dispute Resolution (ADR) Information Packet

The person who files a civil lawsuit (plaintiff) must include the ADR Information Packet with the complaint when serving the defendant. Cross complainants must serve the ADR Information Packet on any new parties named to the action.

The Court *strongly encourages* the parties to use some form of ADR before proceeding to trial. You may choose ADR by:

- Indicating your preference on Case Management Form CM-110;

- Filing the Stipulation to ADR and Delay Initial Case Management Conference for 90 Days (a local form included with the information packet); or

- Agree to ADR at your Initial Case Management Conference.

**QUESTIONS?** Call (510) 891-6055 email adrprogram@alameda.courts.ca.gov )v
Or visit the court's website at http://www.alameda.courts.ca.gov/adr nl

## What Are The Advantages Of Using ADR?

- *Faster* –Litigation can take years to complete but ADR usually takes weeks or months.

- *Cheaper* – Parties can save on attorneys' fees and litigation costs.

- *More control and flexibility* – Parties choose the ADR process appropriate for their case.

- *Cooperative and less stressful* – In mediation, parties cooperate to find a mutually agreeable resolution.

- *Preserve Relationships* – A mediator can help you effectively communicate your interests and point of view to the other side. This is an important benefit when you want to preserve a relationship.

## What Is The Disadvantage Of Using ADR?

- *You may go to court anyway* – If you cannot resolve your dispute using ADR, you may still have to spend time and money resolving your lawsuit through the courts.

## What ADR Options Are Available?

- *Mediation* – A neutral person (mediator) helps the parties communicate, clarify facts, identify legal issues, explore settlement options, and agree on a solution that is acceptable to all sides.

  o **Court Mediation Program:** Mediators do not charge fees for the first two hours of mediation. If parties need more time, they must pay the mediator's regular fees.

Some mediators ask for a deposit before mediation starts which is subject to a refund for unused time.

- o **Private Mediation**: This is mediation where the parties pay the mediator's regular fees and may choose a mediator outside the court's panel.

- *Arbitration* – A neutral person (arbitrator) hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial and the rules of evidence are often relaxed. Arbitration is effective when the parties want someone other than themselves to decide the outcome.

- o **Judicial Arbitration Program** (non-binding): The judge can refer a case or the parties can agree to use judicial arbitration. The parties select an arbitrator from a list provided by the court. If the parties cannot agree on an arbitrator, one will be assigned by the court. There is no fee for the arbitrator. The arbitrator must send the decision (award of the arbitrator) to the court. The parties have the right to reject the award and proceed to trial.

- o **Private Arbitration** (binding and non-binding) occurs when parties involved in a dispute either agree or are contractually obligated. This option takes place outside of the courts and is normally binding meaning the arbitrator's decision is final.

## Mediation Service Programs In Alameda County

Low cost mediation services are available through non-profit community organizations. Trained volunteer mediators provide these services. Contact the following organizations for more information:

**SEEDS Community Resolution Center**
1968 San Pablo Avenue, Berkeley, CA 94702-1612
Telephone: (510) 548-2377    Website: www.seedscrc.org
Their mission is to provide mediation, facilitation, training and education programs in our diverse communities – Services that Encourage Effective Dialogue and Solution-making.

**Center for Community Dispute Settlement**
291 McLeod Street, Livermore, CA 94550
Telephone: (925) 373-1035    Website: www.trivalleymediation.com
CCDS provides services in the Tri-Valley area for all of Alameda County.

*For Victim/Offender Restorative Justice Services*
**Catholic Charities of the East Bay: Oakland**
433 Jefferson Street, Oakland, CA 94607
Telephone: (510) 768-3100    Website: www.cceb.org
Mediation sessions involve the youth, victim, and family members work toward a mutually agreeable restitution agreement.

**ALA ADR-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| | |

TELEPHONE NO.:          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS | CASE NUMBER: |
|---|---|

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

This stipulation is effective when:

- All parties have signed and filed this stipulation with the Case Management Conference Statement at least 15 days before the initial case management conference.
- A copy of this stipulation has been received by the ADR Program Administrator, 1225 Fallon Street, Oakland, CA 94612.

1. Date complaint filed: _____. An **Initial Case Management Conference** is scheduled for:

   Date:             Time:             Department:

2. Counsel and all parties certify they have met and conferred and have selected the following ADR process (check one):

   ☐ Court mediation        ☐ Judicial arbitration
   ☐ Private mediation       ☐ Private arbitration

3. All parties agree to complete ADR within 90 days and certify that:

   a. No party to the case has requested a complex civil litigation determination hearing;
   b. All parties have been served and intend to submit to the jurisdiction of the court;
   c. All parties have agreed to a specific plan for sufficient discovery to make the ADR process meaningful;
   d. Copies of this stipulation and self-addressed stamped envelopes are provided for returning endorsed filed stamped copies to counsel and all parties;
   e. Case management statements are submitted with this stipulation;
   f. All parties will attend ADR conferences; and,
   g. The court will not allow more than 90 days to complete ADR.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____ ▶ _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF)

Date:

_____ ▶ _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA ADR-001 [New January 1, 2010]

**STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS**

Cal. Rules of Court,
rule 3.221(a)(4)

**ALA ADR-001**

| PLAINTIFF/PETITIONER: | CASE NUMBER.: |
|---|---|
| DEFENDANT/RESPONDENT: | |

Date:

_____     ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF DEFENDANT)

Date:

_____     ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR DEFENDANT)

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA ADR-001 [New January 1, 2010]

**STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS**

Cal. Rules of Court,
rule 3.221(a)(4)

1

**CHUBB**

---

**Endorsement No. 2**                              **Renewal**

---

| | |
|---|---|
| **Effective Date :** | 06/01/2012 |
| **Policy Number :** | 9907-00-71 |
| **Policyholder :** | PACIFIC SERVICE EMPLOYEES ASSOCIATION |
| **Policy Period :** | 06/01/2012 to 06/01/2013 |
| **Name of Company :** | FEDERAL INSURANCE COMPANY |
| **Issue Date :** | 06/18/2012 |

---

It is agreed that the Policy is amended as follows:

This Policy is renewed for a further period of 12 months beginning at 12:01 AM on 6/1/2012 and ending at 12:01 AM on 6/1/2013 standard time at the Policyholder's address as shown in the Insuring Agreement.

---

All other terms and conditions of the policy remain unchanged.

Authorized Representative

GC 1001                              1

**EXHIBIT "A"**                                   **1**



CHUBB

---

**California Life and Health Insurance
Guarantee Association Act
Summary Document and Disclaimer**

Residents of California who purchase life and health insurance and annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guarantee Association ("CLHIGA"). The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guarantee Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided through the Association is not unlimited, as noted in the box below, and is not a substitute for consumers' care in selecting insurers.

The California Life and Health Insurance Guarantee Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in California. You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

**Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus. Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guarantee Association to induce you to purchase any kind of insurance policy.**

Policyholders with additional questions should first contact their insurer or agent or may then contact

| California Life and Health Insurance Gurantee Association P.O. Box 16860 Beverly Hills, CA 90209 (323) 782-0182 | or | Consumer Service Division California Department of Insurance 300 South Spring Street Los Angeles, CA 90013 (800) 927-4357 or (213) 897-8921 |
|---|---|---|

---

Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.

**COVERAGE**
Generally, individuals will be protected by the California Life and Health Insurance Guarantee Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

GC 1001                                        2

EXHIBIT "A"                                                    2

3

## EXCLUSIONS FROM COVERAGE
However, persons holding such policies are not protected by this Guarantee Association if:

*Their insurer was not authorized to do business in this state when it issued the policy or contract;
*Their policy was issued by a health care service plan (HMO), Blue Cross, Blue Shield, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society;
* They are eligible for protection under the laws of another state.
This may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state.

The Guarantee Association also does not provide coverage for:

*Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which guarantee rights to group contract holders, not individuals;
*Employer and association plans, to the extent they are self-funded or uninsured;
* Synthetic guaranteed interest contracts;
*Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
*Any policy of reinsurance unless an assumption certificate was issued;
*Interest rate yields that exceed an average rate;
*Any portion of a contract that provides dividends or experience rating credits.

LIMITS ON AMOUNTS OF COVERAGE The Act limits the Association to pay benefits as follows:
LIFE AND ANNUITY BENEFITS
* 80% of what the life insurance company would owe under a life policy or annuity contract up to * $100,000 in cash surrender values, * $100,000 in present value of annuities, or * $250,000 in life insurance death benefits. * A maximum of $250,000 for any one insured life no matter how many policies and contracts there were with the same company, even if the policies provided different types of coverages. HEALTH BENEFITS * A maximum of $200,000 of the contractual obligations that the health insurance company would owe were it not insolvent. The maximum may increase or decrease annually based upon changes in the health care cost component of the consumer price index.
PREMIUM SURCHARGE
Member insurers are required to recoup assessments paid to the Association by way of a surcharge on premiums charged for health insurance policies to which the Act applies.

---

4001 California

GC 1001                                  3

# EXHIBIT "A"                    3



## Notice of Non-Coverage
### California Life and Health Insurance Guarantee Association Act

**This policy is NOT covered by The California Life
and Health Insurance Guarantee Association**

### EXCLUSIONS FROM COVERAGE
The following are not covered by the California Life and Health Insurance Guarantee Association:

Unallocated annuity contracts; that is, contracts which are not issued to and owned by individuals and which guarantee rights to group contract holders, not individuals;

Employer and association plans, to the extent they are self-funded or uninsured;

Synthetic guaranteed interest contracts;
Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
Any policy of reinsurance unless an assumption certificate was issued;
Interest rate yields that exceed an average rate;
Any portion of a contract that provides dividends or experience rating credits.

**A determination as to whether an insurance contract is covered under the Guarantee Association or whether an annuity contract is allocated or unallocated must initially be made by the insurer based on its knowledge of the specific contract offered.**

Also, you are not protected by this Association if:

The insurer was not authorized to do business in this state when it issued the policy or contract; The policy is issued by a health care service plan (HMO), Blue Cross, Blue Shield; a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society;
You are eligible for protection under the laws of another state. This may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guarantee Association to induce you to purchase any kind of insurance policy.

If you have questions concerning this Notice, you may contact:

California Life and Health Insurance          or          Consumer Service Division
Guarantee Association                                         California Department of Insurance
P.O. Box 16860                                                  300 South Spring Street
Beverly Hills, CA 90209                                     Los Angeles, CA 90013
(323) 782-0182                                                 (800) 927-4357 or (213) 897-8921

**Questions as to specific policies or annuities should be directed to the insurance company offering the product.**

4002 California

GC 1001                                    4

# EXHIBIT "A"                                    4

5

 **CHUBB GROUP OF INSURANCE COMPANIES**

15 Mountain View Road, Warren, New Jersey 07059

California

### Important Notice

The policy provides you with Excess Medical Expense Insurance for accidental bodily injuries sustained in a covered accident. This insurance is subject to all the terms and conditions of the policy. Medical Expense means the reasonable and customary charges for medical services that are medically necessary.

The Medical Expense Benefit Amount is payable on an excess basis. We will determine the reasonable and customary charge for the covered expense. We will then reduce that amount by amounts already paid or payable by any other plan from which you are entitled to receive benefits. We will pay the resulting amount, plus amounts paid by you to satisfy cash deductibles or coinsurance amounts. In no event will we pay more than the medical expense benefit amount shown in Section IV-C of the Schedule of Benefits.

If, as a result of the excess calculation a benefit amount is not payable under this medical expense coverage, we will reimburse you any amount you may have paid to satisfy cash deductibles, or coinsurance amounts. In no event will we pay more than the medical expense benefit amount, shown in Section IV-C of the Schedule of Benefits.

Please read your certificate carefully for further details.

4003 California Notice

GC 1001                      5

## PRIVACY POLICY AND PRACTICES

**THIS NOTICE IS BEING SENT TO THE MASTER POLICYHOLDER OF A GROUP INSURANCE POLICY. IT DESCRIBES CHUBB'S POLICY FOR HANDLING CERTAIN PERSONAL INFORMATION OF ITS INDIVIDUAL CUSTOMERS.**

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect**. At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law, and this Privacy Policy describes those practices.

**The Personal Information We Collect**. Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker, or, automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number, and amount of coverage requested).
- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).
- Information from a consumer reporting agency (such as motor vehicle reports).
- Information from other non-Chubb sources (such as prior loss information and demographic information).
- Information from visitors to our websites (such as that provided through online forms and online information collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".
- Information from an employer, benefit plan sponsor, benefit plan administrator or master policyholder for any Chubb individual or group insurance product that you may have (such as name, address and amount of coverage requested).

**The Personal Information We Share**. Chubb may disclose the personal information we collect to service, process, or administer business operations such as underwriting and claims and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others**. Chubb may disclose the personal information we collect to affiliated and non-affiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters, third party administrators and, in the case of group insurance, employers, benefit plan sponsors, benefit plan administrators or master policyholders. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information in response to a subpoena, to detect or prevent fraud, or to comply with an inquiry or requirement of a government agency or regulator.

**Sharing Personal Information With Service Providers or for Joint Marketing**. Chubb may disclose the personal information we collect to agents and brokers so that they can market our financial products and services and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information

GC 1001        6



EXHIBIT "A"      6

7

to other financial institutions with which we may have joint marketing arrangements; however, we reserve the right to do so in the future, subject to the other financial institution entering into an agreement with us that includes a confidentiality provision.

**Confidentiality and Security of Personal Information** . Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and non-employees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic, and procedural safeguards to guard your personal information

**Personal Health Information** . Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information for marketing purposes unless we have your express consent.

**Personal Information of Former Customers** . Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy** . Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually.

**Definitions.**

"Chubb" means the following companies on whose behalf this notice is given:

| | |
|---|---|
| Chubb & Son Inc. | Executive Risk Indemnity Company |
| Chubb & Son Inc. (of Illinois) | Executive Risk Specialty Insurance Company |
| Chubb Custom Insurance Company | Federal Insurance Company |
| Chubb Custom Market, Inc. | Great Northern Insurance Company |
| Chubb Indemnity Insurance Company | Northwestern Pacific Indemnity Company |
| Chubb Insurance Company of New Jersey | Pacific Indemnity Company |
| Chubb Lloyds Insurance Company of Texas | Quadrant Indemnity Company |
| Chubb Multinational Managers, Inc. | Texas Pacific Indemnity Company |
| Chubb National Insurance Company | Vigilant Insurance Company |

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means non-public personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

<div align="center">

**Chubb Group of Insurance Companies**
**Accident Benefits and Life Department**
**Attention: Privacy Inquiries**
**202 Hall's Mill Road, P.O. Box 1600**
**Whitehouse Station, New Jersey, 08889-1600**

</div>

Form 44-02-2087 (Ed. 9/08)

GC 1001                    7

<div align="center">

# EXHIBIT "A"

</div>

7

8



---

### Voluntary Accident
### INSURANCE PROGRAM
### Issued by
### FEDERAL INSURANCE COMPANY

### FOR

### PACIFIC SERVICE EMPLOYEES ASSOCIATION

Chubb Underwriting Office: FEDERAL INSURANCE COMPANY
Suite 4700
233 South Wacker Drive
Chicago, IL 60606-6303

---

*Words and phrases that appear in bold print have special meaning and are defined in the Definitions section(s) of this policy. Defined terms include the plural.*

*Throughout this policy the words "We", "Us" and "Our" refer to the Company providing this insurance.*

---

**Please Read This Policy Carefully**

GCA5000

1

9

## Table of Contents

Insuring Agreement........................................................................................... 3

Premium Summary............................................................................................ 4

Schedule Of Benefits........................................................................................ 5

Hazards........................................................................................................... 15

Contract.......................................................................................................... 16

      Section I - Insurance................................................................................ 16

      Section II - Eligibility, Effective Date, and Termination............................ 26

      Section III - Extensions of Insurance........................................................ 27

      Section IV - Maximum Payment for Multiple Losses and Multiple Benefits.... 28

      Section V - Territory................................................................................ 28

      Section VI - General Exclusions................................................................ 28

      Section VII - Definitions........................................................................... 30

      Section VIII - General Provisions.............................................................. 45

Endorsements.................................................................................................. 56

Applications.................................................................................................... 61

GCA5001

2

EXHIBIT "A"                    9

10

## Insuring Agreement

**Section I**

Chubb Group of Insurance Companies
15 Mountain View Road, P.O. Box 1615
Warren, New Jersey 07061-1615

Policyholder's Name and Address:
PACIFIC SERVICE EMPLOYEES ASSOCIATION
1390 WILLOW PASS ROAD, #480
CONCORD, CA 94520
Policy Number: 9907-00-71
Effective Date: 06/01/2011
Anniversary Date: June 1

Issued by the stock insurance company
indicated below:
FEDERAL INSURANCE COMPANY
Incorporated under the laws of
INDIANA

GCA5002

**Section II-Policy Period and Company**

**Policy Period**

From: 06/01/2011                    To: 06/01/2012
12:01 A.M. standard time at the Policyholder's address shown in Section I of the Insuring Agreement.

This insurance is provided by the Company in consideration of payment of the required premium.

The insurance under this policy begins on the Effective Date shown in Section I of the Insuring Agreement.
The insurance under this policy ends on the last day of the Policy Period shown in Section II of the Insuring
Agreement.

The Policyholder's acceptance of this policy terminates any prior policy of the same policy number issued
to the Policyholder by the Company, effective with the inception of this policy.

**Company**

The Company issuing this policy has caused this policy to be signed by its authorized officers, but this
policy shall not be valid unless also signed by a duly authorized representative of the Company.

FEDERAL INSURANCE COMPANY (Incorporated under the laws of INDIANA)

*President*                          *Secretary*

*Authorized Representative*

GCA5004

3

EXHIBIT "A"                                          10

## Schedule of Benefits

*Chubb Group of Insurance Companies*
*15 Mountain View Road, P.O. Box 1615*
*Warren, New Jersey 07061-1615*

Policyholder's Name:
PACIFIC SERVICE EMPLOYEES ASSOCIATION

*Issued by the stock insurance company*
*indicated below:*
**FEDERAL INSURANCE COMPANY**
*Incorporated under the laws of*
**INDIANA**

GCA6000

### Section I - Insured Persons

The following are the Insured Persons under this policy:

| Class | Description |
|---|---|
| 1 | All active members of the Policyholder, who elect Member Only coverage and pay the required premium. |
| 2 | The Spouse or Domestic Partner of a member, for whom the member has elected Spouse Only 100% coverage and paid the required premium. |
| 3 | The Spouse or Domestic Partner of a member, for whom the member has elected Spouse Only 50% coverage and paid the required premium. |
| 4 | The Dependent Child(ren) of a member, for whom the member has elected Dependent Child coverage and paid the required premium. |

GCA6002

If, subject to all the terms and conditions of this policy a person is eligible for insurance under multiple Classes of Insured Persons described above, then such person will only be insured under the Class which provides the Insured Person the largest Benefit Amount for the loss that has occurred.

If the same benefits apply under multiple Classes for which an Insured Person has Contributory Insurance under this policy, then only the largest Benefit Amount for each benefit applicable under all such Classes will be paid.

If the same benefits apply under multiple Classes for which an Insured Person has Non-Contributory Insurance under this policy, then only the largest Benefit Amount for each benefit applicable under all such Classes will be paid.
GCA6004

### Section II - Qualification Period

Contributory Insurance
For Insured Persons in an eligible Class on the Effective Date: none
For Insured Persons entering an eligible Class after the Effective Date: none
GCA6008

5

EXHIBIT "A"                                              11

12

## Section III - Hazards

The following are the **Hazards** for which insurance applies:

| Class | Hazard(s) |
|-------|-----------|
| 1 | 24 Hour Business and Pleasure |
| 2 | 24 Hour Business and Pleasure |
| 3 | 24 Hour Business and Pleasure |
| 4 | 24 Hour Business and Pleasure |

If, subject to all the terms and conditions of this policy an Insured Person has insurance for covered loss on the date of an Accident, covered under multiple **Hazards** described above, then only one **Benefit Amount** will be paid. This **Benefit Amount** shall be the largest **Benefit Amount** applicable under all such **Hazards**.

GCA6010

6

# EXHIBIT "A"                    12

13

## Section IV - Benefits

### A) Principal Sum

The following are Principal Sums for each Class:

| Class | Hazard | Principal Sum |
|---|---|---|
| 1 | 24 Hour Business and Pleasure | The benefit amount selected as follows: $25,000, $50,000, $100,000, $150,000, $200,000, $250,000, $300,000, $350,000, $400,000, $450,000, or $500,000. |
| 2 | 24 Hour Business and Pleasure | The Spouse or Domestic Partner's Benefit Amount is equal to 100% of the member's Benefit Amount, to a maximum of $250,000. |
| 3 | 24 Hour Business and Pleasure | The Spouse or Domestic Partner's Benefit Amount is equal to 50% of the member's Benefit Amount. |
| 4 | 24 Hour Business and Pleasure | Each Dependent Child's Benefit Amount is equal to 15% of the member's Benefit Amount to a maximum of $30,000. |

GCA6012

7

EXHIBIT "A"                    13

14

**B) Accidental Death and Dismemberment Benefits:**

This benefit applies to all Classes of Insured Persons. The following are Losses insured and the corresponding Benefit Amount expressed as a percentage of the Principal Sum:

Class(es)
All

| Accidental: | Benefit Amounts (Percentage of Principal Sum) |
|---|---|
| Loss of Life | 100% |
| Loss of Speech and Loss of Hearing | 100% |
| Loss of Speech and one of Loss of Hand, Loss of Foot or Loss of Sight of One Eye | 100% |
| Loss of Hearing and one of Loss of Hand, Loss of Foot or Loss of Sight of One Eye | 100% |
| Loss of Hands (Both), Loss of Feet (Both), Loss of Sight or a combination of any two of Loss of Hand, Loss of Foot or Loss of Sight of One Eye | 100% |
| Quadriplegia | 100% |
| Paraplegia | 75% |
| Hemiplegia | 50% |
| Loss of Hand, Loss of Foot or Loss of Sight of One Eye (Any one of each) | 50% |
| Loss of Speech or Loss of Hearing | 50% |
| Uniplegia | 25% |
| Loss of Thumb and Index Finger of the same hand | 25% |

This Benefit Amount is subject to Section IV - Maximum Payment for Multiple Losses and Multiple Benefits, of the Contract.
GCA6016

If an Insured Person has multiple Losses as the result of one Accident, then We will pay only the single largest Benefit Amount applicable to the Losses suffered, as described in Section IV - Maximum Payment for Multiple Losses and Multiple Benefits of the Contract.

GCA6018

**Enhanced Benefit for Dependent Child**

Class 1
Class 2
Class 3
Class 4

With respect to any Dependent Child, for all Benefit Amounts shown in Section IV-B other than the Benefit Amount for Loss of Life, the Principal Sum used to determine such Benefit Amounts shall be twice the applicable Dependent Child's Principal Sum shown in Section IV-A of this Schedule of Benefits.

This enhanced Benefit Amount is subject to Section IV-Maximum Payment for Multiple Losses and Multiple Benefits, of the Contract.

GCA6019
**Common Accident**

Class 1
Class 2
Class 3

8

EXHIBIT "A"                                        14

15

If a Primary Insured Person and Spouse or Domestic Partner both suffer covered Loss of Life in a Common Accident, then the Principal Sum payable for such Spouse or Domestic Partner shall be the same as the Principal Sum payable for the Primary Insured Person. This Benefit Amount shall in no event exceed the Maximum Benefit Amount for Common Accident, shown below.

This increased Principal Sum applies only if:

1) the Primary Insured Person has elected insurance under the policy for a Spouse or Domestic Partner; and

2) such insurance is in effect on the date of the Accident.

Maximum Benefit Amount for Common Accident: $300,000

This enhanced Benefit Amount is not subject to Section IV-Maximum Payment for Multiple Losses and Multiple Benefits, of the Contract.

GCA6021
**Inflation Protection**

Class 1
Class 2
Class 3
Class 4

We will increase the Principal Sum according to the formula below if an Accidental Bodily Injury causes an Insured Person's covered Loss. The increase in the Principal Sum is calculated by multiplying the Insured Person's Principal Sum by:

1) 5%; and

2) the number of full calendar years elapsed since the Insured Person elected or last changed the Principal Sum.

The increase in the Principal Sum shall not exceed 25% of the Principal Sum.

This enhanced Benefit Amount is not subject to Section IV-Maximum Payment for Multiple Losses and Multiple Benefits, of the Contract.

GCA6023

## C) Additional Benefits

The following are Benefit Amounts for all other benefits provided under this policy:

**Burn**
Class 1
  Maximum Benefit Amount 50% of the Principal Sum up to a maximum of $50,000
Class 2
  Maximum Benefit Amount 50% of the Principal Sum up to a maximum of $50,000
Class 3
  Maximum Benefit Amount 50% of the Principal Sum up to a maximum of $50,000
Class 4
  Maximum Benefit Amount 50% of the Principal Sum up to a maximum of $50,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple Benefits, of the Contract.

GCA6022

9

# EXHIBIT "A"

15

16

<u>Carjacking</u>
Class 1
   Benefit Amount 10% of the Principal Sum up to a maximum of $25,000
Class 2
   Benefit Amount 10% of the Principal Sum up to a maximum of $25,000
Class 3
   Benefit Amount 10% of the Principal Sum up to a maximum of $25,000
Class 4
   Benefit Amount 10% of the Principal Sum up to a maximum of $25,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6024

<u>Child Abduction Benefit</u>
Class 1
   Medical Expense Benefit Amount: $10,000
   Deductible: $250
   Psychological Therapy Benefit Amount: $10,000
   Lost Salary Benefit Amount: $10,000
   Other Child Abduction Expenses Benefit Amount: $10,000
Class 2
   Medical Expense Benefit Amount: $10,000
   Deductible: $250
   Psychological Therapy Benefit Amount: $10,000
   Lost Salary Benefit Amount: $10,000
   Other Child Abduction Expenses Benefit Amount: $10,000
Class 3
   Medical Expense Benefit Amount: $10,000
   Deductible: $250
   Psychological Therapy Benefit Amount: $10,000
   Lost Salary Benefit Amount: $10,000
   Other Child Abduction Expenses Benefit Amount: $10,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6027

<u>Child Care Expense</u>
Class 1
   Benefit Amount 10% of the Principal Sum to a maximum of $10,000 annually for each Dependent
Child
   Alternate Benefit Amount $2,000
   Maximum Benefit Amount $50,000
Class 2
   Benefit Amount 10% of the Principal Sum to a maximum of $10,000 annually for each Dependent
Child
   Alternate Benefit Amount $2,000
   Maximum Benefit Amount $50,000
Class 3
   Benefit Amount 10% of the Principal Sum to a maximum of $10,000 annually for each Dependent
Child
   Alternate Benefit Amount $2,000
   Maximum Benefit Amount $50,000

10

# EXHIBIT "A"

16

**Class 4**
   Benefit Amount 10% of the Principal Sum to a maximum of $10,000 annually for each Dependent
Child
   Alternate Benefit Amount $2,000
   Maximum Benefit Amount $50,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6028

**COBRA Premium Expense**
**Class 1**
   Benefit Amount 5% per year of the Principal Sum subject to an Annual Maximum Amount of $50,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6030

**Coma**
**Class 1**
   Benefit Amount 1% per month of the Principal Sum
   Maximum Benefit Amount 100% of the Principal Sum
**Class 2**
   Benefit Amount 1% per month of the Principal Sum
   Maximum Benefit Amount 100% of the Principal Sum
**Class 3**
   Benefit Amount 1% per month of the Principal Sum
   Maximum Benefit Amount 100% of the Principal Sum
**Class 4**
   Benefit Amount 1% per month of the Principal Sum
   Maximum Benefit Amount 100% of the Principal Sum
This Benefit Amount is subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6032

**Education Expense**
**Class 1**
   Benefit Amount 5% of the Principal Sum to a maximum of $25,000 annually for each eligible Dependent
Child
   Alternate Benefit Amount $2,000
   Maximum Benefit Amount $100,000
**Class 2**
   Benefit Amount 5% of the Principal Sum to a maximum of $25,000 annually for each eligible Dependent
Child
   Alternate Benefit Amount $2,000
   Maximum Benefit Amount $100,000
**Class 3**
   Benefit Amount 5% of the Principal Sum to a maximum of $25,000 annually for each eligible Dependent
Child
   Alternate Benefit Amount $2,000
   Maximum Benefit Amount $100,000

11

18

**Class 4**
   Benefit Amount 5% of the Principal Sum to a maximum of $25,000 annually for each eligible Dependent
Child
      Alternate Benefit Amount $2,000
      Maximum Benefit Amount $100,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6036

**Felonious Assault**
**Class 1**
   Benefit Amount 10% of the Principal Sum up to a maximum of $50,000
**Class 2**
   Benefit Amount 10% of the Principal Sum up to a maximum of $50,000
**Class 3**
   Benefit Amount 10% of the Principal Sum up to a maximum of $50,000
**Class 4**
   Benefit Amount 10% of the Principal Sum up to a maximum of $50,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6046

**Home Alteration or Vehicle Modification**
**Class 1**
   Benefit Amount for Home Alteration 10% of the Principal Sum
   Benefit Amount for Vehicle Modification 10% of the Principal Sum
   Maximum Benefit Amount 20% of the Principal Sum to a maximum of $50,000
**Class 2**
   Benefit Amount for Home Alteration 10% of the Principal Sum
   Benefit Amount for Vehicle Modification 10% of the Principal Sum
   Maximum Benefit Amount 20% of the Principal Sum to a maximum of $50,000
**Class 3**
   Benefit Amount for Home Alteration 10% of the Principal Sum
   Benefit Amount for Vehicle Modification 10% of the Principal Sum
   Maximum Benefit Amount 20% of the Principal Sum to a maximum of $50,000
**Class 4**
   Benefit Amount for Home Alteration 10% of the Principal Sum
   Benefit Amount for Vehicle Modification 10% of the Principal Sum
   Maximum Benefit Amount 20% of the Principal Sum to a maximum of $50,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6050

12

# EXHIBIT "A"

18

19

**Home Invasion Benefit**
**Class 1**
  Medical Expense Benefit Amount:  $10,000
  Deductible: $250
  Psychological Therapy Benefit Amount: $10,000
  Lost Salary Benefit Amount: $10,000
  Residential Security Expense Benefit Amount: $1,000
  Temporary Relocation Expense Benefit Amount: $1,000
**Class 2**
  Medical Expense Benefit Amount: $10,000
  Deductible: $250
  Psychological Therapy Benefit Amount: $10,000
  Lost Salary Benefit Amount: $10,000
  Residential Security Expense Benefit Amount: $1,000
  Temporary Relocation Expense Benefit Amount: $1,000
**Class 3**
  Medical Expense Benefit Amount: $10,000
  Deductible: $250
  Psychological Therapy Benefit Amount: $10,000
  Lost Salary Benefit Amount: $10,000
  Residential Security Expense Benefit Amount: $1,000
  Temporary Relocation Expense Benefit Amount: $1,000
**Class 4**
  Medical Expense Benefit Amount: $10,000
  Deductible: $250
  Psychological Therapy Benefit Amount: $10,000
  Lost Salary Benefit Amount: $10,000
  Residential Security Expense Benefit Amount: $1,000
  Temporary Relocation Expense Benefit Amount: $1,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6053

**Psychological Therapy Expense**
**Class 1**
  Benefit Amount $25,000
**Class 2**
  Benefit Amount $25,000
**Class 3**
  Benefit Amount $25,000
**Class 4**
  Benefit Amount $25,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6072

**Rehabilitation Expense**
**Class 1**
  Benefit Amount $25,000
**Class 2**
  Benefit Amount $25,000
**Class 3**
  Benefit Amount $25,000

13

# EXHIBIT "A"                    19

Class 4
  Benefit Amount $25,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6074

**Seat Belt and Occupant Protection Device**
Class 1
  Benefit Amount for Seat Belt 10% of the Principal Sum
  Alternate Benefit Amount $2,000
  Benefit Amount for Occupant Protection Device 10% of the Principal Sum
  Maximum Benefit Amount for Seat Belt and Occupant Protection Device 20% of the Principal Sum
to a maximum of $50,000
Class 2
  Benefit Amount for Seat Belt 10% of the Principal Sum
  Alternate Benefit Amount $2,000
  Benefit Amount for Occupant Protection Device 10% of the Principal Sum
  Maximum Benefit Amount for SeatBelt and Occupant Protection Device 20% of the Principal Sum
to a maximum of $50,000
Class 3
  Benefit Amount for Seat Belt 10% of the Principal Sum
  Alternate Benefit Amount $2,000
  Benefit Amount for Occupant Protection Device 10% of the Principal Sum
  Maximum Benefit Amount for SeatBelt and Occupant Protection Device 20% of the Principal Sum
to a maximum of $50,000
Class 4
  Benefit Amount for Seat Belt 10% of the Principal Sum
  Alternate Benefit Amount $2,000
  Benefit Amount for Occupant Protection Device 10% of the Principal Sum
  Maximum Benefit Amount for SeatBelt and Occupant Protection Device 20% of the Principal Sum
to a maximum of $50,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6080

**Spouse or Domestic Partner Employment Training Expense**
Class 1
  Benefit Amount 10% of the Primary Insured Person's Principal Sum to a maximum of $50,000
Class 2
  Benefit Amount 10% of the Primary Insured Person's Principal Sum to a maximum of $50,000
Class 3
  Benefit Amount 10% of the Primary Insured Person's Principal Sum to a maximum of $50,000
This Benefit Amount is not subject to Section IV - Maximum Payment for Multiple Losses and Multiple
Benefits, of the Contract.

GCA6082

Insurance only applies for the Classes, Hazards, Benefits and Losses that are specifically indicated as
insured.
GCA6090

14

# EXHIBIT "A"

20

21

---

## Hazards

---

### 24 Hour Business and Pleasure Hazard

**24 Hour Business and Pleasure Hazard** means all circumstances, subject to the terms and conditions of the policy, to which an Insured Person may be exposed.
GCA5513

---

EXHIBIT "A"                                    21

22

# Contract

## Section I - Insurance

Subject to all the terms and conditions of this policy and the payment of premium, We will provide the following insurance:

## Accidental Death and Dismemberment

We will pay the applicable Benefit Amount, shown in Section IV-B of the Schedule of Benefits, if an Accident results in a covered Loss not otherwise excluded. The Accident must result from an insured Hazard and occur while an Insured Person is insured under this policy, while it is in force. The covered Loss must occur within one (1) year after the Accident.
GCA5010

## Burn Benefit

We will pay up to the Maximum Benefit Amount for Burns, shown in Section IV - C of the Schedule of Benefits, if an Accidental Bodily Injury causes an Insured Person to be Burned. The Benefit Amount for Burn is determined by multiplying the percentage of the body surface actually Burned by the Maximum Benefit Amount for Burn. The attending Physician will determine the percentage applicable to each Burn.

The Maximum Benefit Amount for Burns is payable in addition to any other applicable Benefit Amounts under this policy.

GCA5014

## Carjacking

We will pay the Benefit Amount for Carjacking, shown in Section IV-C of the Schedule of Benefits, if an Insured Person suffers a covered Loss resulting from Accidental Bodily Injury due to Carjacking.

The Benefit Amount for Carjacking is payable in addition to any other applicable Benefit Amounts under this policy.

GCA5016

16

# EXHIBIT "A"

22

23

## Child Abduction

We will reimburse:

1) up to the Child Abduction Medical Expense Benefit Amount after the satisfaction of any deductible, both shown in Section IV-C of the Schedule of Benefits, if an Insured Person requires Medical Services for an Accidental Bodily Injury as a result of a Child Abduction;

2) up to the Child Abduction Psychological Therapy Benefit Amount, shown in Section IV-C of the Schedule of Benefits, if an Insured Person incurs Psychological Therapy Expenses as a result of a Child Abduction;

3) up to the Child Abduction Lost Salary Benefit Amount, shown in Section IV-C of the Schedule of Benefits, if an Insured Person suffers Lost Salary as a result of a Child Abduction;

4) up to the Other Child Abduction Expenses Benefit Amount, shown in Section IV-C of the Schedule of Benefits, if an Insured Person incurs Other Child Abduction Expenses as a result of a Child Abduction.

The Medical Expense Benefit Amount, Psychological Therapy Benefit Amount and the Lost Salary Benefit Amount are excess over any other insurance or indemnity available to the Insured Person.

If, subject to all the terms and conditions of this policy, an Insured Person is entitled to receive Psychological Therapy Benefits under this provision and any other provision of the policy, then We will only pay the single largest Benefit Amount applicable.

Insurance does not apply for a Child Abduction by an Insured Person or an Insured Person's Immediate Family Member.

GCA5019

17

EXHIBIT "A"

23

24

## Child Care Expense

We will reimburse Child Care Expenses up to the Benefit Amount for Child Care Expense, shown in Section IV-C of the Schedule of Benefits, if Accidental Bodily Injury causes an Insured Person's covered Loss of Life. The Benefit Amount for Child Care Expense is payable in addition to any other applicable Benefit Amounts payable under this policy.

This insurance applies only if:

1) the Insured Person has a Dependent Child under the age of thirteen (13) years for whom Child Care Expenses are incurred within 365 days of an Insured Person's covered Loss of Life.

2) the Insured Person has elected insurance under this policy for such Dependent Child, and the insurance is in effect on the date of the Accident.

We will reimburse Child Care Expenses for each eligible Dependent Child. However, Our total payment for each Dependent Child and all Dependent Children will not exceed the Maximum Benefit Amount for Child Care Expense shown in Section IV-C of the Schedule of Benefits, regardless of the number of Dependent Children for whom payment is made.

If, on the date of an Insured Person's covered Loss of Life, an Insured Person has insurance under this policy for a Dependent Child, but does not have any Dependent Child eligible for Child Care Expense payments, then We will pay the Alternate Benefit Amount, shown in Section IV-C of the Schedule of Benefits. If We pay this Alternate Benefit Amount, then We will not make any further payments for Child Care Expense.

Child Care Expenses shall be paid to the natural person who incurs such expenses for the Dependent Child. The Alternate Benefit Amount in lieu of Child Care Expense reimbursement shall be paid as stated in the Beneficiary provision of Section VIII-General Provisions of the Contract.

### Limitation on Child Care Expense Benefit

The following limitations apply with respect to Child Care Expense:

1) an Insured Person does not include a Dependent Child;

2) in the event of a Common Accident only one Benefit Amount for Child Care Expense shall be paid. This Benefit Amount will be determined using the Primary Insured Person's Principal Sum.

GCA5020

18

## COBRA Premium Expense

We will reimburse COBRA Premium Expense up to the Benefit Amount for COBRA Premium Expense shown in Section IV-C of the Schedule of Benefits, if Accidental Bodily Injury causes a Primary Insured Person's covered Loss of Life. The Benefit Amount for COBRA Premium Expense is payable in addition to any other applicable Benefit Amounts under this policy.

This insurance applies only if the Primary Insured Person has a Spouse, Domestic Partner or Dependent Child:

1) who is eligible under COBRA to continue group medical or group dental insurance under a group medical or group dental plan provided through the Policyholder within the time period prescribed by COBRA; and

2) who elects to continue group medical or group dental insurance under a group medical or group dental plan provided through the Policyholder within the time period prescribed by COBRA; and

3) provided that the Primary Insured Person has elected insurance under this policy for a Spouse, Domestic Partner or Dependent Child, and such insurance is in effect on the date of the Accident.

We will reimburse the cost of COBRA Premium Expense to the natural person who incurs the expense. We will reimburse the cost of COBRA Premium Expense on an annual basis until the earliest of:

1) the date the Policyholder ceases to provide a group medical or group dental plan;

2) the date the surviving Spouse, Domestic Partner or Dependent Child:

   a) terminates COBRA elections;

   b) becomes covered under any other medical or dental plan without an applicable pre-existing condition exclusion;

   c) becomes eligible for Medicare; or

   d) fails to make timely payment for COBRA Premium Expense;

3) the date Our total payments in any consecutive twelve (12) month period for COBRA Premium Expense equal the Annual Maximum Amount for COBRA Premium Expense shown in Section IV-C of the Schedule of Benefits; or

4) thirty six (36) months from the date of the Primary Insured Person's covered Loss of Life.

GCA5023

19

EXHIBIT "A"                                    25

## Coma

We will pay the Benefit Amount for Coma, shown in Section IV-C of the Schedule of Benefits, if Accidental Bodily Injury causes an Insured Person to:

1) lapse into a Coma within thirty (30) days after the Accident;
2) remain in a Coma for thirty (30) consecutive days; and
3) be confined to a Hospital or other licensed facility to receive Medically Necessary treatment for Coma, prescribed and supervised by a Physician, within the first thirty (30) days following the Accident.

The Benefit Amount for Coma will be the percentage of the Insured Person's Principal Sum, shown in Section IV - C of the Schedule of Benefits. The Benefit Amount for Coma is payable monthly subject to the Maximum Benefit Amount for Coma shown in Section IV-C of the Schedule of Benefits.

Brief lapses from Coma will not be considered an interruption of the consecutive thirty (30) day period, or cause a discontinuance in Our payment, if the lapses and subsequent Coma recurrences are due to the same Accident.

The Coma monthly payment will be made until the earliest of the date:

1) the Insured Person dies;
2) the Insured Person is no longer in a Coma; or
3) total payments equal the Maximum Benefit Amount for Coma, shown in Section IV-C of the Schedule of Benefits.

If an Insured Person dies within 365 days after the Accident, then We will pay a lump sum equal to the Insured Person's Principal Sum, less any Benefit Amount for Coma already paid.

GCA5024

EXHIBIT "A"                                                     26

**Education Expense**

We will reimburse Education Expense up to the Benefit Amount for Education Expense, shown in Section IV-C of the Schedule of Benefits, if Accidental Bodily Injury causes an Insured Person's covered Loss of Life. The Benefit Amount for Education Expense is payable in addition to any other applicable Benefit Amounts under this policy.

This insurance applies only if:

    1)   the Insured Person has elected insurance under this policy for a Dependent Child;

    2)   such insurance is in effect on the date of the Accident; and

    3)   the Insured Person has a Dependent Child at the time of a covered Loss who:

        a)   is enrolled as a full-time student at an Institution of Higher Learning on the date of the Insured Person's covered Loss of Life; or

        b)   subsequently enrolls as a full-time student at an Institution of Higher Learning within three hundred sixty five (365) days following the date of the Insured Person's covered Loss of Life; and

        c)   incurs Education Expense.

We will make Education Expense payments for each eligible Dependent Child. However, Our total annual payment for each Dependent Child will not exceed the annual Benefit Amount for Education Expense, shown in Section IV-C of the Schedule of Benefits. Our Education Expense payment is limited to four (4) consecutive years for each Dependent Child. In no event will Our total payment exceed the Maximum Benefit Amount shown in Section IV - C of the Schedule of Benefits.

If, on the date of an Insured Person's covered Loss of Life, an Insured Person has insurance under this policy for a Dependent Child, but does not have any Dependent Child eligible for Education Expense payments, then We will pay the Alternate Benefit Amount shown in Section IV-C of the Schedule of Benefits. If We pay this Alternate Benefit Amount, then We will not make any further payments for Education Expense.

The Benefit Amount for Education Expense shall be paid to the natural person who incurs the expense. The Alternate Benefit Amount in lieu of Education Expense reimbursement shall be paid as stated in the Beneficiary provision under Section VIII-General Provisions of the Contract.

**Limitation on Education Expense**

The following limitations apply with respect to Education Expense:

    1)   an Insured Person does not include a Dependent Child;

    2)   in the event of a Common Accident only one Benefit Amount for Education Expense shall be paid. This Benefit Amount will be determined using the Primary Insured Person's Principal Sum.

GCA5028

28

**Felonious Assault**

We will pay the Benefit Amount for Felonious Assault shown in Section IV-C of the Schedule of Benefits, if Accidental Bodily Injury resulting from Felonious Assault causes a Primary Insured Person to suffer covered Loss. The Benefit Amount for Felonious Assault is payable in addition to any other applicable Benefit Amounts under this policy.

We will pay the Benefit Amount for Felonious Assault only if the Felonious Assault occurs while the Primary Insured Person is performing the duties of his or her regular occupation on behalf of the Policyholder .

**Limitation on Felonious Assault**

The Benefit Amount for Felonious Assault is not payable for Felonious Assault by the Primary Insured Person.

GCA5036CA

**Home Alteration or Vehicle Modification**

We will reimburse charges up to the Benefit Amount for Home Alteration or the Benefit Amount for Vehicle Modification, up to the maximum shown in Section IV-C of the Schedule of Benefits, if a covered Loss due to an Accidental Bodily Injury requires an Insured Person to incur expenses for Home Alteration or Vehicle Modification. The expenses for Home Alteration or Vehicle Modification must be incurred within eighteen (18) months after the Accidental Bodily Injury. The Benefit Amount for Home Alteration or Vehicle Modification is payable if:

1) a Physician certifies that the Home Alteration or Vehicle Modification is needed to accommodate a physical disability of an Insured Person;

2) the Home Alteration or Vehicle Modification is made by people experienced in such Home Alteration or Vehicle Modification;

3) the Home Alteration or Vehicle Modification is in compliance with any applicable laws or requirements for approval by the appropriate government authority in the jurisdiction where the services are rendered; and

4) the Home Alteration or Vehicle Modification expenses do not exceed the usual level of charges for similar alterations and modifications in the jurisdiction where the expense is incurred.

The Benefit Amount for Home Alteration and Vehicle Modification is payable to the natural person who incurs the expense. The Benefit Amount for Home Alteration and Vehicle Modification is payable in addition to any other applicable Benefit Amounts under this policy. In no event will Our total payments for Home Alteration and Vehicle Modification exceed the Maximum Benefit Amount for Home Alteration and Vehicle Modification shown in Section IV-C of the Schedule of Benefits.

GCA5040

22

EXHIBIT "A"                                          28

**Home Invasion**

We will reimburse:

1) up to the Home Invasion Medical Expense Benefit Amount after the satisfaction of any deductible, both shown in Section IV-C of the Schedule of Benefits, if an Insured Person requires Medical Services for an Accidental Bodily Injury as a result of a Home Invasion;

2) up to the Home Invasion Psychological Therapy Benefit Amount, shown in Section IV-C of the Schedule of Benefits, if an Insured Person incurs Psychological Therapy Expenses as a result of a Home Invasion;

3) up to the Home Invasion Lost Salary Benefit Amount, shown in Section IV-C of the Schedule of Benefits, if an Insured Person suffers Lost Salary as a result of a Home Invasion;

4) up to the Residential Security Expense Benefit Amount, shown in Section IV-C of the Schedule of Benefits, if an Insured Person incurs Residential Security Expenses as a result of a Home Invasion;

5) up to the Temporary Relocation Expense Benefit Amount, shown in Section IV-C of the Schedule of Benefits, if an Insured Person incurs Temporary Relocation Expenses as a result of a Home Invasion.

The Medical Expense Benefit Amount, Psychological Therapy Benefit Amount and the Lost Salary Benefit Amount are excess over any other insurance or indemnity available to the Insured Person.

If, subject to all the terms and conditions of this policy, an Insured Person is entitled to receive Psychological Therapy Benefits under this provision and any other provision of the policy, then We will only pay the single largest Benefit Amount applicable.

Insurance does not apply for a Home Invasion by an Insured Person or an Insured Person's Immediate Family Member.

GCA5043

23

EXHIBIT "A"                                                    29

30

## Psychological Therapy Expense

We will reimburse Psychological Therapy Expense up to the Benefit Amount for Psychological Therapy Expense, shown in Section IV-C of the Schedule of Benefits, if an Accidental Bodily Injury causes an Insured Person to suffer a covered Loss resulting in a Physician's determination that Psychological Therapy is required for:

1) such Insured Person; or
2) an insured Dependent.

The Benefit Amount for Psychological Therapy Expense is payable on an excess basis. We will determine the charge for the Psychological Therapy Expense. We will then reduce that amount by amounts already paid or payable by any Other Plan. We will pay the resulting Benefit Amount, but in no event will We pay more than the Benefit Amount for Psychological Therapy Expense shown in Section IV-C of the Schedule of Benefits.

The Benefit Amount for Psychological Therapy Expense will be paid:

1) to the natural person who incurs the expense; and
2) in addition to any other applicable Benefit Amounts under this policy.

The Benefit Amount for Psychological Therapy Expense will be paid until the earlier of the date on which:

1) the total Benefit Amount for Psychological Therapy Expense, shown in Section IV-C of the Schedule of Benefits, has been paid; or
2) two (2) years have elapsed from the date of a covered Loss.

GCA5062

## Rehabilitation Expense

We will reimburse Rehabilitation Expense up to the Benefit Amount for Rehabilitation Expense, shown in Section IV-C of the Schedule of Benefits, if Accidental Bodily Injury causes an Insured Person to suffer a covered Loss which:

1) prevents an Insured Person from performing all the duties of such Insured Person's regular occupation; and
2) requires such Insured Person to obtain Rehabilitation, as determined by a Physician approved by Us.

The Benefit Amount for Rehabilitation Expense is payable on an excess basis. We will determine the charge for the Rehabilitation Expense. We will then reduce that amount by amounts already paid or payable by any Other Plan. We will pay the resulting Benefit Amount, but in no event will We pay more than the Benefit Amount for Rehabilitation Expense shown in Section IV-C of the Schedule of Benefits.

The Benefit Amount for Rehabilitation Expense is payable in addition to any other applicable Benefit Amounts under this policy. We will pay the Benefit Amount for Rehabilitation Expense to the natural person who incurs the expense.

We will pay the Benefit Amount for Rehabilitation Expense until the earlier of the date on which:

1) the total Rehabilitation Expense Benefit Amount, shown in Section IV-C of the Schedule of Benefits, has been paid; or
2) two (2) years have elapsed from the date of the Accidental Bodily Injury.

GCA5066

24

EXHIBIT "A"

30

### Seat Belt and Occupant Protection Device

We will pay the Benefit Amount for Seat Belt shown in Section IV-C of the Schedule of Benefits if an Insured Person suffers an Accidental Bodily Injury resulting in a covered Loss of Life while such Insured Person is operating or riding in a Private Passenger Automobile, and using a Seat Belt.

The Seat Belt must have been properly secured, and used in accordance with the recommendations of its manufacturer. If it cannot be determined whether an Insured Person was using a Seat Belt, then the alternate Benefit Amount for Seat Belt, shown in Section IV-C of the Schedule of Benefits will be paid.

We will also pay the Benefit Amount for an Occupant Protection Device, shown in Section IV-C of the Schedule of Benefits, if an Insured Person suffers an Accidental Bodily Injury as set forth above and such Insured Person is positioned in a seat protected by a properly deployed Occupant Protection Device. The Benefit Amount for an Occupant Protection Device will only be paid if We pay a Benefit Amount for Seat Belt other than an alternate Benefit Amount.

Verification of the actual use of the Seat Belt and proper operation of the Occupant Protection Device at the time of an Accident must be part of an official report of such Accident or be certified, in writing, by an investigating police officer.

In no event will a Benefit Amount for Seat Belt be paid if an Insured Person is operating or riding as a passenger in any vehicle used for a race or contest of any type.

The Benefit Amount for Seat Belt and Benefit Amount for Occupant Protection Device are payable in addition to any other applicable Benefit Amounts under this policy.

In no event will our total payments of a Benefit Amount for Seat Belt and a Benefit Amount for Occupant Protection Device exceed the Maximum Benefit Amount, shown in Section IV - C of the Schedule of Benefits.

GCA5070

### Spouse or Domestic Partner Employment Training Expense

We will reimburse Spouse or Domestic Partner Employment Training Expense up to the Benefit Amount for Spouse or Domestic Partner Employment Training Expense, shown in Section IV-C of the Schedule of Benefits, if Accidental Bodily Injury causes a Primary Insured Person's covered Loss of Life. The Benefit Amount for Spouse or Domestic Partner Employment Training Expense is payable in addition to any other applicable Benefit Amounts under this policy. We will pay the Benefit Amount for Spouse or Domestic Partner Employment Training Expense to the natural person who incurs the expense.

This insurance applies only if:

   1)  the surviving Spouse or Domestic Partner incurs Employment Training Expense within two (2) years following the date of the Primary Insured Person's covered Loss of Life; and

   2)  the Primary Insured Person has elected insurance under the policy for Spouse or Domestic Partner and such insurance is in effect on the date of the Accident.

In no event will Our total payment exceed the Benefit Amount for Spouse or Domestic Partner Employment Training Expense, shown in Section IV-C of the Schedule of Benefits.
GCA5072

25

# EXHIBIT "A"

31

## Section II - Eligibility, Effective Date and Termination

### Eligibility

A person becomes insured under this policy if:

1) such person is a member of an eligible **Class of Insured Persons** as shown in Section I of the Schedule of Benefits;

2) such person has elected insurance under this policy or for whom insurance is elected;

3) such person has completed any required Qualification Period as shown in Section II of the Schedule of Benefits; and

4) the required premium for such person has been paid.

GCA5081

### Effective Date of Insurance for an Insured Person

Insurance for an Insured Person becomes effective on the latest of:

1) the effective date of this policy;

2) the date on which such person first meets the eligibility criteria as a member of an eligible **Class of Insured Persons**; or

3) the beginning of the period for which required premium is paid for such Insured Person.

If an employee of a **Policyholder**, who would otherwise qualify as a **Primary Insured Person**, is not **Actively At Work** on the date insurance would otherwise be effective, then such insurance will not be effective until the date such person returns to **Active Work**. Insurance for a Dependent will also be delayed until such employee returns to **Active Work**. If a Dependent is in a Hospital on the date the insurance would otherwise be effective, then the effective date will be delayed until the Dependent is released from the Hospital.

GCA5082

### Termination of Insurance for an Insured Person

Insurance for an Insured Person automatically terminates on the earliest of:

1) the date this policy ends;

2) the expiration of the period for which required premium has been paid for such Insured Person;

3) the date on which a person no longer meets the eligibility criteria as an Insured Person.

GCA5084

EXHIBIT "A"                              32

33

**Family Continuation**

If a Primary Insured Person, suffers a covered Loss of Life, then We will continue insurance for a period of twelve (12) months beyond the date that insurance would otherwise terminate as to such Primary Insured Person's surviving Dependent.

This insurance continues only if:

1)   at the time of covered Loss of Life, such Primary Insured Person had a surviving Dependent;

2)   such Primary Insured Person has elected insurance under the policy for a Dependent;

3)   such insurance is in effect on the date of the Accident.

This insurance will continue at no additional charge.

Family Continuation ends on the earlier of:

1)   the date the policy ends;

2)   the date a Dependent ceases to be eligible as a Dependent under the policy;

3)   twelve (12) months after the date that insurance would otherwise terminate for the Primary Insured Person's surviving Dependent; or

4)   the expiration of the period for which the required premium, if any, has been paid.

GCA5086

---

**Section III - Extensions Of Insurance**

---

Extensions of Insurance are subject to the provisions of Section I-Insurance of the policy, and all other policy terms and conditions.

**Disappearance**

If an Insured Person has not been found within one (1) year of the disappearance, stranding, sinking, or wrecking of any Conveyance in which an Insured Person was an occupant at the time of the Accident, then it will be assumed, subject to all other terms and conditions of this policy, that an Insured Person has suffered Loss of Life insured under this policy.

GCA5088

**Exposure**

If an Accident resulting from an insured Hazard causes an Insured Person to be unavoidably exposed to the elements and as a result of such exposure an Insured Person has a Loss, then such Loss will be insured under this policy.

GCA5090

---

27

EXHIBIT "A"                    33

### Section IV - Maximum Payment for Multiple Losses and Multiple Benefits

For any Benefit Amount identified as subject to this provision in the Schedule of Benefits, payment of such Benefit Amount will reduce the Principal Sum. If, subject to all the terms and conditions of this policy, an Insured Person is entitled to receive payment of multiple Benefit Amounts as the result of one (1) Accident, then the maximum We will pay for all benefits shall not exceed the Principal Sum.

For any Benefit Amount identified as not subject to this provision in the Schedule of Benefits, payment of such Benefit Amount will be in addition to any Principal Sum payable under this policy.

If, subject to all the terms and conditions of this policy, an Insured Person suffers multiple covered Losses as the result of one (1) Accident, then We will only pay the single largest Benefit Amount applicable to all such covered Losses.

For the purposes of this provision the definition of Loss includes Coma.
GCA5092

### Section V - Territory

This insurance applies worldwide.

GCA5094

### Section VI - General Exclusions

The following exclusions apply to all benefits or Hazards under this policy. Additional exclusions, limitations or conditions may also apply to specific benefits or Hazards. Please read this entire policy carefully.

### Owned Aircraft, Leased Aircraft, or Operated Aircraft

This insurance does not apply to any Accident, Accidental Bodily Injury or Loss caused by or resulting from, directly or indirectly, an Insured Person being in, entering, or exiting any aircraft:

1)  owned, leased or operated by the Policyholder or on the Policyholder's behalf; or
2)  operated by an employee of the Policyholder on the Policyholder's behalf.

GCA5095

### Aircraft Pilot or Crew

This insurance does not apply to any Accident, Accidental Bodily Injury or Loss caused by or resulting from, directly or indirectly, an Insured Person riding as a passenger in, entering, or exiting any aircraft while acting or training as a pilot or crew member.

This exclusion does not apply to passengers who temporarily perform pilot or crew functions in a life-threatening emergency.

GCA5098

EXHIBIT "A"                                    34

**Disease or Illness**

This insurance does not apply to any Accident, Accidental Bodily Injury or Loss caused by or resulting from, directly or indirectly, an Insured Person's emotional trauma, mental or physical illness, disease, pregnancy, childbirth or miscarriage, bacterial or viral infection, bodily malfunctions or medical or surgical treatment thereof.

This exclusion does not apply to an Insured Person's bacterial infection caused by an Accident or by Accidental consumption of a substance contaminated by bacteria.
GCA5102

---

**Incarceration**

This insurance does not apply to any Accident, Accidental Bodily Injury or Loss caused by or resulting from, directly or indirectly any occurrence while an Insured Person is incarcerated after conviction.

GCA5106

---

**Service in the Armed Forces**

This insurance does not apply to any Accident, Accidental Bodily Injury or Loss caused by or resulting from, directly or indirectly, an Insured Person participating in military action while in active military service with the armed forces of any country or established international authority. However, this exclusion does not apply to the first sixty (60) consecutive days of active military service with the armed forces of any country or established international authority.

GCA5116

---

**Specialized Aviation**

This insurance does not apply to any Accident, Accidental Bodily Injury or Loss caused by or resulting from, directly or indirectly, an Insured Person traveling or flying on any aircraft engaged in Specialized Aviation Activities.

GCA5118

---

**Suicide or Intentional Injury**

This insurance does not apply to any Accident, Accidental Bodily Injury or Loss caused by or resulting from, directly or indirectly, an Insured Person's suicide, attempted suicide or intentionally self-inflicted injury.

GCA5120

---

EXHIBIT "A"                    35

**Trade Sanctions**

This insurance does not apply to any Accident, Accidental Bodily Injury or Loss when:

    1)   the United States of America has imposed any trade or economic sanctions prohibiting insurance of any Accident, Accidental Bodily Injury or Loss; or

    2)   there is any other legal prohibition against providing insurance of any Accident, Accidental Bodily Injury or Loss.

GCA5122

**War**

This insurance does not apply to any Accident, Accidental Bodily Injury or Loss caused by or resulting from, directly or indirectly, a declared or undeclared War.

GCA5126

**Section VII - Definitions**

**For the purpose of these definitions, the singular includes the plural and the plural includes the singular, unless otherwise noted.**

*Accident or Accidental*

Accident or Accidental means a sudden, unforeseen, and unexpected event which:

    1)   happens by chance;

    2)   arises from a source external to an Insured Person;

    3)   is independent of illness, disease or other bodily malfunction or medical or surgical treatment thereof;

    4)   occurs while the Insured Person is insured under this policy which is in force; and

    5)   is the direct cause of loss.

GCA5600

EXHIBIT "A"                                    36

*Accidental Bodily Injury*

**Accidental Bodily Injury** means bodily injury, which is:

    1)   Accidental;

    2)   the direct cause of a loss; and

    3)   occurs while an Insured Person is insured under this policy, which is in force.

**Accidental Bodily Injury** does not include conditions caused by repetitive motion injuries, or cumulative trauma not a result of an Accident, including, but not limited to:

    1)   Osgood-Schlatter's Disease;

    2)   bursitis;

    3)   Chondromalacia;

    4)   shin splints;

    5)   stress fractures;

    6)   tendinitis; and

    7)   Carpal Tunnel Syndrome.

GCA5602

---

*Actively at Work or Active Work*

**Actively at Work,** or **Active Work** means a person is performing the material and substantial duties of his or her regular occupation for compensation.
GCA5606

---

*Benefit Amount*

**Benefit Amount** means the amount stated in the Schedule of Benefits of this policy which applies:

    1)   at the time of an Accident;

    2)   to an Insured Person; and

    3)   for an applicable Hazard.

GCA5612

---

*Burn or Burned*

**Burn or Burned** means a third degree burn, according to the Rule of Nines or the Lund-Browder Chart, caused by a source that is thermal, chemical, electrical or nuclear.
GCA5620

---

*Carjacking*

**Carjacking** means the unlawful forced removal or detention of an Insured Person while operating or riding as a passenger in, boarding or alighting from, a **Private Passenger Automobile** during the theft or attempted theft of such **Private Passenger Automobile**. The Carjacking must be confirmed in writing by a police report in the jurisdiction where the **Loss** occurs.
GCA5626

---

31

EXHIBIT "A"

_Class_

Class means the categories of Insured Persons described in Section I of the Schedule of Benefits.
GCA5628

_Child Abduction_

Child Abduction means the wrongful taking, false imprisonment, or wrongful detention of an Insured Person's child who is under the age of thirteen (13) . The Child Abduction must occur while this policy is in force and be confirmed in writing by a police report.
GCA5629

_Child Care Expense_

Child Care Expense means the actual incurred costs for the care and supervision of an Insured Person's Dependent Child who is less than age thirteen (13).
GCA5630

_Coma_

Coma means a profound state of unconsciousness, as determined by a Physician according to the Glasgow Coma Scale, from which an Insured Person cannot be aroused to consciousness even by powerful stimulation.
GCA5632

_COBRA_

COBRA means the U.S. Consolidated Omnibus Budget Reconciliation Act of 1985, as amended.
GCA5634

_COBRA Premium Expense_

COBRA Premium Expense means the actual cost of premium charged and paid for the Primary Insured Person's Dependent's election to continue group medical or dental insurance under a group medical or dental plan provided through the Policyholder up to the maximum allowed by COBRA.
GCA5636

_Common Accident_

Common Accident means the same Accident or separate Accidents that occur within the same consecutive twenty-four (24) hour period and result in Loss of Life to a Primary Insured Person and such Primary Insured Person's Spouse or Domestic Partner.
GCA5642

_Company_

Company means FEDERAL INSURANCE COMPANY.
GCA5648

EXHIBIT "A"                                         38

39

### Contributory Insurance

**Contributory Insurance** means insurance that the **Policyholder** makes available for which the premium payment is either shared by the **Policyholder** and **Insured Person** or paid completely by an **Insured Person**.
GCA5649

### Conveyance

**Conveyance** means any motorized craft, vehicle or mode of transportation licensed or registered by a governmental authority with competent jurisdiction.
GCA5650

### Dependent

**Dependent** means a **Dependent Child**, **Spouse** or **Domestic Partner** of a **Primary Insured Person**.

GCA5660

### Dependent Child

**Dependent Child** means a **Primary Insured Person's** unmarried child from the moment of birth, including a natural child, grandchild, stepchild or adopted child from the date of placement with a **Primary Insured Person**. The **Dependent Child** must be primarily dependent upon such **Primary Insured Person** for maintenance and support, and must be:

   1)   under the age of nineteen (19);

   2)   under the age of twenty five (25) if enrolled as a full-time student at an **Institution of Higher Learning**; or

   3)   classified as an **Incapacitated Dependent Child**.

GCA5662

EXHIBIT "A"                    39

### _Domestic Partner_

Domestic Partner means a person designated in writing at enrollment by a Primary Insured Person who:

1) is at least 18 years of age and competent to enter into a contract;

2) is not related to the Primary Insured Person by blood;

3) has exclusively lived with the Primary Insured Person for at least twelve (12) months prior to the date of enrollment;

4) is not legally married or separated; and

5) as of the date of enrollment, has with the Primary Insured Person at least two (2) of the following financial arrangements:

    a) a joint mortgage or lease;

    b) a joint bank account;

    c) joint title to or ownership of a motor vehicle or status as a joint lessee on a motor vehicle lease; or

    d) a joint credit card account with a financial institution.

Neither the Primary Insured Person nor the Domestic Partner can be married to, nor be in a civil union with anyone else.
GCA5666

---

### _Education Expense_

Education Expense means the actual cost incurred for tuition, fees, or room and board billed by an Institution of Higher Learning. Education Expense also means costs for required books or course supplies but shall not include any amount reimbursed from any other source.
GCA5668

---

### _Felonious Assault_

Felonious Assault means any willful and unlawful use of force by an individual against a Primary Insured Person in connection with the commission of, or attempted commission of robbery, theft, kidnapping, hostage taking, Hijacking/Skyjacking, assault, murder, manslaughter, riot, or insurrection. Such use of force must be a felony or the equivalent of a felony under any country, state, territory or local statutory or common law applicable in the jurisdiction where Accident, Accidental Bodily Injury or Loss occurs.

GCA5680

---

### _Full-time Employee_

Full-time Employee means an employee who works at least 30 hours per week.

GCA5684

34

# EXHIBIT "A"                    40

### Gainful Occupation

Gainful Occupation means an occupation, including self employment, that is or can be expected to provide an Insured Person with an income equal to at least 60% of the Insured Person's monthly earnings within twelve (12) months after the Insured Person's return to work.

GCA5688

### Hazard

Hazard means the circumstances for which this insurance is provided as stated in Section III of the Schedule of Benefits and described in the Hazard Section of this policy.

GCA5696

### Hemiplegia

Hemiplegia means complete and irreversible loss of all motion and all practical use of one arm and one leg on the same side of the body that lasts longer than 365 days as determined by a Physician approved by Us.
GCA5702

### Hijacking /Skyjacking

Hijacking /Skyjacking means the unlawful seizure or wrongful exercise of control of an aircraft or conveyance and its crew, in which an Insured Person is traveling.
GCA5704

### Home Alteration

Home Alteration means changes to an Insured Person's primary residence that are necessary to make the residence accessible and habitable for such Insured Person.
GCA5706

### Home Invasion

Home Invasion means an unlawful act of violence made to an Insured Person by a person who unlawfully entered the Insured Person's residence while the Insured Person was present. Residence does not include a temporary residence, watercraft, motor home or college dormitory.

The Home Invasion must occur while this policy is in force and be confirmed in writing by a police report.
GCA5711

35

EXHIBIT "A"                                    41

## Hospital

Hospital means a public or private institution which:

1) is licensed in accordance with the laws of the jurisdiction where it is located;

2) is accredited by the Joint Commission on Accreditation of Hospitals;

3) operates for the reception, care and treatment of sick, ailing or injured persons as in-patients;

4) provides organized facilities for diagnosis and medical or surgical treatment;

5) provides twenty-four (24) hour nursing care;

6) has a Physician or staff of Physicians; and

7) is not primarily a day clinic, rest or convalescent home, assisted living facility or similar establishment and is not, other than incidentally, a place for the treatment of alcoholics or drug addicts.

GCA5712

## Immediate Family Member

Immediate Family Member means an Insured Person's:

1) Spouse or Domestic Partner;

2) children including adopted children or stepchildren;

3) legal guardians or wards;

4) siblings or siblings-in-law;

5) parents or parents-in-law;

6) grandparents or grandchildren;

7) aunts or uncles;

8) nieces and nephews.

Immediate Family Member also means a Spouse's or Domestic Partner's children, including adopted children or stepchildren; legal guardians or wards; siblings or siblings-in-law; parents or parents-in-law; grandparents or grandchildren; aunts or uncles; nieces or nephews.
GCA5716

## Incapacitated Dependent Child

Incapacitated Dependent Child means a child who, as a result of being mentally or physically challenged, is permanently incapable of self-support and permanently dependent on a Primary Insured Person for support and maintenance. The incapacity must have occurred while the child was:

1) under the age of nineteen (19); or

2) under the age of twenty five (25) if enrolled as a full-time student at an Institution of Higher Learning.

GCA5718

EXHIBIT "A"                    42

### Institution of Higher Learning

**Institution of Higher Learning** means any accredited public or private college, university, professional trade or vocational school beyond the twelfth (12th) grade.
GCA5724

### Insured Person

**Insured Person** means a person, qualifying as a Class member under Section I of the Schedule of Benefits:

    1)   who elects insurance; or

    2)   for whom insurance is elected,

    3)   and on whose behalf premium is paid.

GCA5728

### Leased Aircraft

**Leased Aircraft** means an aircraft not owned by the Policyholder, which is subject to a written lease agreement between the Policyholder and the lessor. The Policyholder uses the aircraft as it wishes for the term of the written lease agreement. The Policyholder cannot alter or sell the aircraft without the consent of the lessor. Leased Aircraft includes aircraft subject to a short-term lease. If the written lease is short term, then the lease term shall not be more than two (2) trips.
GCA5730

### Loss

**Loss** means Accidental:

        **Loss of Foot**
        **Loss of Hand**
        **Loss of Hearing**
        **Loss of Life**
        **Loss of Sight**
        **Loss of Sight of One Eye**
        **Quadriplegia**
        **Paraplegia**
        **Hemiplegia**
        **Loss of Speech**
        **Uniplegia**
        **Loss of Thumb and Index Finger**

Loss must occur within one (1) year after the Accident.
GCA5732

### Loss of Foot

**Loss of Foot** means the complete severance of a foot through or above the ankle joint. We will consider such severance a **Loss of Foot** even if the foot is later reattached. If the reattachment fails and amputation becomes necessary, then We will not pay an additional Benefit Amount for such amputation.
GCA5734

EXHIBIT "A"    43

### Loss of Hand

**Loss of Hand** means complete severance, as determined by a Physician, of at least four (4) fingers at or above the metacarpal phalangeal joint on the same hand or at least three (3) fingers and the thumb on the same hand. We will consider such severance a **Loss of Hand** even if the hand, fingers or thumb are later reattached. If the reattachment fails and amputation becomes necessary, then We will not pay an additional **Benefit Amount** for such amputation.
GCA5736

### Loss of Hearing

**Loss of Hearing** means permanent, irrecoverable and total deafness, as determined by a Physician, with an auditory threshold of more than 90 decibels in each ear. The deafness cannot be corrected by any aid or device, as determined by a **Physician.**
GCA5738

### Loss of Life

**Loss of Life** means death, including clinical death, as determined by the local governing medical authority where such death occurs within 365 days after an **Accident.**
GCA5740

### Loss of Sight

**Loss of Sight** means permanent loss of vision. Remaining vision must be no better than 20/200 using a corrective aid or device, as determined by a **Physician.**
GCA5742

### Loss of Sight of One Eye

**Loss of Sight of One Eye** means permanent loss of vision of one eye. Remaining vision in that eye must be no better than 20/200 using a corrective aid or device, as determined by a **Physician.**
GCA5744

### Loss of Speech

**Loss of Speech** means the permanent, irrecoverable and total loss of the capability of speech without the aid of mechanical devices, as determined by a **Physician.**
GCA5748

### Loss of Thumb and Index Finger

**Loss of Thumb and Index Finger** means complete severance, through the metacarpal phalangeal joints, of the thumb and index finger of the same hand, as determined by a Physician. We will consider such severance a **Loss of Thumb and Index Finger** even if a thumb, an index finger or both are later reattached. If the reattachment fails and amputation becomes necessary, then We will not pay an additional **Benefit Amount** for such amputation.
GCA5750

EXHIBIT "A"                                    44

## Lost Salary

Lost Salary means the Insured Person's regular wages that are forfeited due to the Insured Person's absence from work during the sixty (60) days immediately following the Child Abduction or Home Invasion. Regular wages do not include overtime or incentive payments.
GCA5753

## Medical Expense

Medical Expense means the Reasonable and Customary Charges for Medical Services for the care and treatment of Accidental Bodily Injuries.
GCA5752

## Medically Necessary

Medically Necessary means a medical or dental service, supply or course of treatment which:
1) is ordered or prescribed by a Physician;
2) is appropriate and consistent with the patient's diagnosis;
3) is in accord with current accepted medical or dental practice; and
4) could not be eliminated without adversely affecting the patient's condition.

GCA5758

## Medical Services

Medical Services means Medically Necessary services, including but not limited to:
1) medical care and treatment by a Physician;
2) Hospital room and board and Hospital care, both inpatient and outpatient;
3) drugs and medicines required and prescribed by a Physician;
4) diagnostic tests and x-rays prescribed by a Physician;
5) transportation of an Insured Person in an emergency transportation vehicle from the location where such Insured Person becomes injured to the nearest Hospital where appropriate medical treatment can be obtained;
6) dental care and treatment due to Accidental Bodily Injury;
7) physical therapy, including diathermy, ultrasonic, whirlpool or heat treatment, adjustment, manipulation, massage and the office visit associated with such therapy;
8) treatment performed by a licensed medical professional when prescribed by a Physician, if hospitalization would have been otherwise required;
9) rental of durable medical equipment;
10) artificial limbs and other prosthetic devices;
11) orthopedic appliances or braces.

GCA5760

EXHIBIT "A"                                    45

## *Non-Contributory Insurance*

**Non-Contributory Insurance** means insurance that the **Policyholder** makes available for which the premium is paid completely by the **Policyholder**.
GCA5763

---

## *Occupant Protection Device*

**Occupant Protection Device** means either an air bag, which inflates for added protection to the head and chest areas, or any other personal safety restraint system other than a **Seat Belt** recognized by the U.S. National Highway Transportation Safety Board.
GCA5764

---

## *Operated Aircraft*

**Operated Aircraft** means any aircraft not owned by the **Policyholder** but over which the **Policyholder** exercises control. **Operated Aircraft** includes an aircraft for which the **Policyholder** pays operating expenses.
GCA5768

---

## *Other Child Abduction Expenses*

**Other Child Abduction Expenses** means the related costs that an **Insured Person** incurs for a professional public relations consultant, a professional forensic analyst, a professional security consultant or for publicity expenses incurred to locate the abducted child. The **Other Child Abduction Expenses** must be incurred within twelve (12) months of the **Child Abduction**.
GCA5759

---

## *Other Plan*

**Other Plan** means any other insurance or payment source for **Medical Services** or disability, including but not limited to health coverage, disability insurance, worker's compensation insurance; or coverage provided or required by any law or statute, including, automobile insurance "fault" or "no-fault", employer sick leave or salary continuation plan, or similar benefit provided or required by governmental plan or program.
GCA5770

---

## *Owned Aircraft*

**Owned Aircraft** means any aircraft to which the **Policyholder** holds legal or equitable title.
GCA5772

---

## *Paraplegia*

**Paraplegia** means complete and irreversible loss of all motion and all practical use of both legs that lasts longer than 365 days, as determined by a **Physician** approved by **Us**.
GCA5774

---

40

# EXHIBIT "A"     46

### Physician

Physician means a licensed practitioner of the healing arts, acting within the scope of his or her license to the extent provided by the laws of the jurisdiction in which medical treatment is provided. Physician does not include:

1) an Insured Person;
2) an Immediate Family Member.

GCA5782

### Policyholder

Policyholder means the entity identified in the Insuring Agreement.
GCA5786

### Premium Waiver Disability or Premium Waiver Disabled

Premium Waiver Disability or Premium Waiver Disabled means that Accidental Bodily Injury or sickness solely and directly:

1) prevents a Primary Insured Person from performing all the substantial and material duties of any Gainful Occupation for which such Primary Insured Person is qualified, or could be qualified, by reason of education, training, experience, or skill;
2) causes a condition which is medically determined by a Physician, approved by Us, to be of continuous and indefinite duration; and
3) requires the continuous care of a Physician, unless such Primary Insured Person has reached his or her maximum point of recovery.

GCA5788

### Primary Insured Person

Primary Insured Person means an Insured Person who:

1) has a direct relationship with the Policyholder; and
2) where applicable, elects insurance under this policy; and
3) pays the required premium for the insurance elected.

GCA5790

### Principal Sum

Principal Sum means the amount of insurance appearing in Section IV-A of the Schedule of Benefits applicable to each Class.
GCA5792

### Private Passenger Automobile

Private Passenger Automobile means a four wheeled motor vehicle with a maximum seating capacity of nine (9) people, manufactured, designed and registered as a private passenger vehicle for travel on public roads.
GCA5793

EXHIBIT "A"                    47

*Proof of Loss*

Proof of Loss means written evidence acceptable to Us that an Accident, Accidental Bodily Injury or Loss has occurred.
GCA5794

*Psychological Therapy*

Psychological Therapy means Medically Necessary counseling for a mental or nervous disorder by a Physician, whether on an out-patient basis, in a Hospital or any other medical facility licensed to provide such treatment.
GCA5796

*Psychological Therapy Expense*

Psychological Therapy Expense means Reasonable and Customary Charges for Psychological Therapy.
GCA5797

*Quadriplegia*

Quadriplegia means complete and irreversible loss of all motion and all practical use of both arms and legs that lasts longer than 365 days, as determined by a Physician approved by Us.
GCA5798

*Reasonable and Customary Charge*

Reasonable and Customary Charge means the lesser of:

    1)  the usual charge made by the Physician or other health care provider for a given service or supply; or

    2)  the charge We determine to be the prevailing charge made by Physicians or other health care providers for a given service or supply in the geographical area where it is furnished.

GCA5804

*Rehabilitation*

Rehabilitation means treatment other than Psychological Therapy intended to prepare an Insured Person for work in any Gainful Occupation, including an Insured Person's regular occupation that is:

    1)  provided by a therapist licensed, registered, or certified to perform such treatment; or

    2)  provided in a Hospital or other facility, which is licensed to provide such treatment.

The Rehabilitation must take place under the direction of a Physician.
GCA5800

*Rehabilitation Expense*

Rehabilitation Expense means Reasonable and Customary Charges for Rehabilitation.
GCA5802

EXHIBIT "A"                    48

49

### _Residential Security Expense_

**Residential Security Expense** means the costs incurred for changing locks or installing security bars, motion sensing lights or a centrally monitored home security system to an Insured Person's residence which are incurred within twelve (12) month(s) of a **Home Invasion**.
GCA5805

---

### _Seat Belt_

**Seat Belt** means a lap or lap and shoulder restraint device or a child restraint device, which meets the published standards of the U. S. National Highway Transportation Safety Board and has been installed in accordance with the manufacturer's instructions.
GCA5820

---

### _Specialized Aviation Activity_

**Specialized Aviation Activity** means use of a properly certified aircraft for the following:

any flight on a rocket propelled or rocket launched aircraft

**Specialized Aviation Activity** shall include any flight which requires a special permit or waiver from a governmental authority having jurisdiction over civil aviation, whether or not such permit or waiver is granted.
GCA5826

---

### _Spouse_

**Spouse** means an Insured Person's husband or wife or who is recognized as such by the laws of the jurisdiction in which the **Primary Insured Person** resides.
GCA5828

---

### _Spouse, or Domestic Partner Employment Training Expense_

**Spouse or Domestic Partner Employment Training Expense** means the actual costs incurred by a **Spouse** or **Domestic Partner** for tuition, fees, room and board billed by an **Institution of Higher Learning**. **Spouse or Domestic Partner Employment Training Expense** also means costs for required books or course supplies. These costs must be incurred by the **Primary Insured Person's Spouse** or **Domestic Partner** to attend an **Institution of Higher Learning** for the purpose of obtaining or refreshing skills needed for employment.
GCA5830

---

### _Subsidiary_

**Subsidiary** means any organization in which:

1)   more than 50% of the outstanding securities or voting rights representing the present right to vote for election of directors is owned or controlled, directly or indirectly, in any combination by the Policyholder; or

2)   the Policyholder exercises management control.

GCA5832

---

43

# EXHIBIT "A"

# 49

### *Temporary Relocation Expense*

**Temporary Relocation Expense** means the cost for temporary lodging at a hotel or motel incurred by an **Insured Person** within one (1) month(s) of a **Home Invasion**.
GCA5833

### *Uniplegia*

**Uniplegia** means complete and irreversible loss of all motion and all practical use of one arm or one leg that lasts more than 365 days, as determined by a **Physician** approved by **Us**.
GCA5854

### *Vehicle Modification*

**Vehicle Modification** means changes, including but not limited to installation of equipment, to a **Private Passenger Automobile** that are necessary to make such **Private Passenger Automobile** accessible to or driveable by an **Insured Person**.
GCA5856

### *War*

**War** means:

    1)   hostilities following a formal declaration of **War** by a governmental authority;

    2)   in the absence of a formal declaration of **War** by a governmental authority armed, open and continuous hostilities between two countries; or

    3)   armed, open and continuous hostilities between two factions, each in control of territory, or claiming jurisdiction over the geographic area of hostility.

GCA5858

### *We, Us and Our*

**We, Us and Our** means FEDERAL INSURANCE COMPANY.
GCA5860

# EXHIBIT "A"

# 50

## Section VIII - General Provisions

### Addition of New Insured Persons

Any new person who meets the eligibility criteria for the Class(es) described in Section I of the Schedule of Benefits, Insured Persons, and who:

1)   enrolls for insurance;

2)   completes a Qualification Period as shown in Section II of the Schedule of Benefits, if required; and

3)   pays the required premium,

will become an Insured Person on the later of:

1)   the policy effective date; or

2)   the date on which any required Qualification Period as shown in Section II of the Schedule of Benefits is completed.

GCA5151

### Absolute Assignment

An Insured Person may assign his or her rights under this policy provided such assignment is in writing and signed by an Insured Person. The assignment may be made irrevocable. The assignments shall be filed with the Policyholder and shall be provided to Us at the time of claim or at such other time as We may require. We do not assume the responsibility for the validity of any assignment.
GCA5152

### Benefit Assignment

An Insured Person may assign Benefit Amounts other than those for Loss of Life. Such assignment must be in writing, signed by the Insured Person and filed with the Policyholder. The assignment shall be provided to Us at the time of claim or at such other time as We may require. We do not assume the responsibility for the validity of any assignment.
GCA5154

### Arbitration

In the event of a dispute under this policy, either We, an Insured Person, or in the event of Loss of Life, an Insured Person's beneficiary, may make a written demand for arbitration. In that case, We and an Insured Person, or in the event of Loss of Life, an Insured Person's beneficiary, will each select an arbitrator. The two arbitrators will select a third. If they cannot agree within fifteen (15) days, then either We, an Insured Person, or in the event of Loss of Life, an Insured Person's beneficiary, may request that the choice of arbitrator be submitted to the American Arbitration Association. The arbitration will be held in the State of an Insured Person's principal residence.

Each participant shall bear the cost for arbitration and shall share equally in the cost of the umpire and the proceedings.
GCA5156

EXHIBIT "A"                                    51

## Beneficiary

### A) Designation

An Insured Person has the right to designate a beneficiary. The Primary Insured Person shall have the sole right to designate a beneficiary for any Dependent Child who is a minor. All beneficiary designations must be:

1) in writing;
2) filed with the Policyholder; and
3) provided to Us at the time of claim; or
4) at such other time as We may require.

### B) Change

The Insured Person, and no one else, unless there is an irrevocable assignment, has the right to change the beneficiary except as set forth above. The Insured Person does not need the consent of anyone to do so. All beneficiary changes must be:

1) in writing;
2) filed with the Policyholder; and
3) provided to Us at the time of claim or at such other time as We may require.

We do not assume any responsibility for the validity of these changes.

### C) Payment

The Benefit Amount for covered Loss of Life will be paid to the beneficiary designated by an Insured Person. Any Benefit Amount payable due to the Loss of Life of a Dependent Child will be paid to the Primary Insured Person, absent any beneficiary designation by the Dependent Child.

If an Insured Person has not chosen a beneficiary or if there is no beneficiary alive when the Insured Person dies, then We will pay the Benefit Amount for Loss of Life to the first surviving party in the following order:

1) the Insured Person's Spouse or Domestic Partner;
2) in equal shares to the Insured Person's surviving children;
3) in equal shares to the Insured Person's surviving parents;
4) in equal shares to the Insured Person's surviving brothers and sisters;
5) the Insured Person's estate.

All other Benefit Amounts are paid to the Insured Person, unless otherwise directed by an Insured Person or an Insured Person's designee, or unless otherwise noted in this policy.

If any beneficiary has not reached the legal age of majority, then We will pay such beneficiary's legal guardian.

GCA5158

EXHIBIT "A"

52

### Cancellation, Nonrenewal and Grace Period

**A) Grace Period**

The **Policyholder** is entitled to a grace period of sixty (60) days from the premium due date for the payment of premium due. This policy will continue in force during the grace period. The grace period does not apply to the first premium payable during this policy term. Failure to pay the first premium on or before the due date will immediately terminate this policy as of inception. We are not required to provide notification of such termination.
GCA5160

**B) Cancellation, Nonrenewal**

The **Policyholder** may cancel this policy, or any of its individual insurance benefits, by sending **Us** written notice stating when cancellation is to take effect. The effective date of cancellation may not be earlier than the date notice is postmarked or transmitted.

We may cancel this policy, or any of its individual insurance benefits, if the **Policyholder** fails to pay the premium within the grace period of sixty (60) days after the premium due date, except for the first premium due during the Policy Period. We will send written notice stating the effective date of cancellation, which will be no earlier than sixty (60) days after the premium due date.

We may cancel this policy, or any of its individual insurance benefits, for reasons other than nonpayment of premium by sending written notice stating when thereafter such cancellation shall take effect. If this is a multi-year policy, then We may cancel the policy, or any of its individual insurance benefits, by sending written notice at least forty five (45) days prior to the Anniversary Date shown in the Insuring Agreement.

We may nonrenew this policy by sending written notice at least forty five (45) days before the expiration date of the Policy Period shown in the Insuring Agreement.

We will send notice of cancellation or nonrenewal to the **Policyholder** at its last known address. If the notice is mailed, proof of mailing will be considered proof of cancellation or nonrenewal.

The **Policyholder** is required to immediately provide notice of cancellation or nonrenewal to all **Insured Persons.**

The earned premium will be computed on a pro-rata basis. Any unearned premium will be returned to the **Policyholder** as soon as practicable.
GCA5162

---

### Certificate

When required by law, We will issue to the **Policyholder** for delivery to the **Primary Insured Person** a Certificate of Insurance. The Certificate of Insurance will describe the benefits, exclusions, limitations, and conditions of this policy and state to whom benefits are payable. Any subsequent changes to this policy will also apply to the existing Certificates of Insurance.
GCA5164

---

· 47

EXHIBIT "A"                                                    53

## Changes

This policy can only be changed by a written endorsement that becomes a part of this policy. The endorsement must be approved by one of Our officers and signed by one of Our authorized representatives. No agent has the authority to change this policy or waive any of its provisions.
GCA5166

## Compliance by Policyholder and Insured Person

We have no duty to provide insurance under this policy unless the Policyholder, the Insured Person and the beneficiary, if applicable, have fully complied with all the terms and conditions of this policy.
GCA5168

## Claim Notice

Written Claim Notice must be given to Us or any of Our brokers or appointed agents within twenty (20) days after the occurrence or commencement of any Loss covered by this policy or as soon as reasonably possible. Notice must include enough information to identify the Insured Person and Policyholder. Failure to give Claim Notice within twenty (20) days will not invalidate or reduce any otherwise valid claim if notice is given as soon as reasonably possible.
GCA5170

## Claim Forms

When We receive notice of a claim, We will send the Insured Person or the Insured Person's designee, within fifteen (15) days, forms for giving Proof of Loss to Us. If the Insured Person or the Insured Person's designee does not receive the forms, then the Insured Person or an Insured Person's designee should send Us a written description of the Loss. This written description should include information detailing the occurrence, type and extent of the Loss for which the claim is made.
GCA5172

## Claim Proof of Loss

For claims involving disability, complete Proof of Loss must be given to Us within thirty (30) days after commencement of the period for which We are liable. Subsequent written proof of the continuance of such disability must be given to Us at such intervals as We may reasonably require.

Failure to give complete Proof of Loss within these time frames will not invalidate or reduce any otherwise valid claim if notice is given as soon as reasonably possible, and in no event later than one (1) year after the deadline to submit complete Proof of Loss, except in cases where the claimant lacks legal capacity.

For all claims except those involving disability, complete Proof of Loss must be given to Us within ninety (90) days after the date of Loss, or as soon as reasonably possible.
GCA5174

EXHIBIT "A"

54

**Claim Payment**

For benefits payable involving disability, We will pay the Insured Person the applicable Benefit Amount no less frequently than monthly during the period for which We are liable. All payments by Us are subject to receipt of complete Proof of Loss.

For all benefits payable under this policy except those for disability, We will pay the Insured Person or beneficiary the applicable Benefit Amount within sixty (60) days after We receive complete Proof of Loss if the Insured Person, the Policyholder and beneficiary, where applicable, have complied with all the terms of this policy.
GCA5176

---

**Claim and Suit Cooperation**

In the event of a claim under this policy, the Policyholder, the Insured Person or the beneficiary, if applicable, must fully cooperate with Us in Our handling of the claim, including, but not limited to, the timely submission of all medical and other reports, and full cooperation with all physical examinations and autopsies that We may require. If We are sued in connection with a claim under this policy, then the Policyholder, the Insured Person or the beneficiary must fully cooperate with Us in the handling of such suit. The Policyholder, the Insured Person or the beneficiary must not, except at their own expense, voluntarily make any payment or assume any obligation in connection with any suit without Our prior written consent.
GCA5178

---

EXHIBIT "A"                                              55

## Conversion Privilege

In the event the insurance under this policy ceases as to a Primary Insured Person for any reason other than termination of this policy, such Primary Insured Person is eligible to purchase an individual accident insurance policy. The individual accident policy must insure the Primary Insured Person and may also insure the Dependents insured under this policy.

In order to convert this insurance to an individual accident insurance policy, the Primary Insured Person must submit to Us or Our authorized representative:

1) a completed, written application; and
2) the required premium

for the individual accident insurance policy within thirty one (31) days after the Primary Insured Person's insurance ended.

The individual accident insurance policy will:

1) be issued without evidence of insurability;
2) provide insurance only for Loss of Life and dismemberment that is most similar to, but not greater than, the terminated insurance;
3) not pay for the same Loss for which benefits have already been paid under this policy;
4) provide a Benefit Amount for the Primary Insured Person which will be equal to the Primary Insured Person's Benefit Amount under this policy, subject to a minimum Benefit Amount of $10,000 and a maximum Benefit Amount of $500,000; and
5) be subject to individual policy terms and conditions.

It is the Policyholder's responsibility to notify a Primary Insured Person of the existence of this conversion privilege on or prior to the date the insurance under this policy terminates as to such Primary Insured Person.
GCA5180

## Entire Contract and Application

This policy, the Policyholder's application and the Primary Insured Person's application, if any, together with the endorsements attached to this policy, constitute the entire contract of insurance. If an application is completed by the Policyholder or Primary Insured Person in connection with this policy, then We will attach the application to the policy when the policy is issued.
GCA5182

## Examination Under Oath

We have a right to examine under oath, as often as We may reasonably require, an Insured Person, the Policyholder or the beneficiary. We may also require the Insured Person, the Policyholder or the beneficiary to provide a signed description of the circumstances surrounding the Loss and their interest in the Loss. An Insured Person, the Policyholder and the beneficiary will also produce all records and documents requested by Us and will permit Us to make copies of such records or documents.
GCA5183

# EXHIBIT "A"

56

**Governing Jurisdiction and Conformance With Statutes**

This policy is governed by the laws of the jurisdiction in which it is delivered to the Policyholder. Any terms of this policy which are in conflict with the applicable statutes, laws or regulations of the jurisdiction in which this policy is delivered are amended to conform to such statutes, laws or regulations.
GCA5184

**Inadvertent Error**

The insurance provided under this policy will not be prejudiced by the failure on the part of the Policyholder to transmit reports, collect and remit premium or comply with any of the terms and conditions of this policy when such failure is due to an inadvertent error or clerical mistake, provided that such inadvertent error or clerical mistake is corrected promptly upon discovery.

An inadvertent error or clerical mistake by Us or by the Policyholder may be corrected upon discovery with notice by the Policyholder to Us or by Us to the Policyholder.
GCA5186

**Informational and Advertising Material**

The Policyholder and its representatives must gain Our prior written approval of all material used for advertising and solicitation relating to this policy, regardless of the medium in which such material appears. We will not be responsible for any increase in payment or any changes in insurance resulting from such materials that have not been approved by Us.
GCA5188

**Legal Action Against Us**

No legal action may be brought to recover on this policy until sixty (60) days after We have been given complete Proof of Loss. No such action may be brought after three (3) years from the time complete Proof of Loss is required to be given. No such action may be brought unless there has been full compliance with all of the terms of this policy.

In no case will We be liable for benefits that are not payable under the terms of this policy or that exceed the applicable Benefit Amounts or limits of insurance of this policy.
GCA5190

**Liberalization**

If We adopt any changes:
    1)    within forty-five (45) days prior to the policy effective date shown in the Insuring Agreement; or
    2)    during the Policy Period,
which broaden this insurance without an additional premium charge, then the Insured Person will automatically receive the benefit of the broadened insurance.
GCA5192

**Newly Acquired or Newly Formed Organizations**

EXHIBIT "A"                    57

If the Policyholder acquires or forms another entity that becomes a Subsidiary, then the Policyholder may request that all eligible employees of the Subsidiary become insured under this policy subject to the following:

1)   all eligible employees of such Subsidiary fit the Class Description shown in Section 1 of the Schedule of Benefits;

2)   the Subsidiary is acquired or formed during the Policy Period;

3)   the Policyholder reports the name of the Subsidiary within ninety (90) day(s) after its acquisition or formation together with such information that We, at our sole discretion, may require to determine the additional premium required; and

4)   the Policyholder pays the additional required premium.

Item three (3) above does not apply to a Subsidiary with less than 100 eligible employees unless the number of eligible employees for such Subsidiary exceeds ten percent (10%) of the insured group.

This insurance shall not apply with respect to any newly acquired or formed Subsidiary for which the above criteria have not been met. This insurance will be effective on the acquisition or formation of the Subsidiary and will be provided for no more than ninety (90) day(s) after the date of such acquisition or formation. The Policyholder will be responsible for the payment of additional premium for the period such insurance remains in effect.

This insurance does not apply if the Policyholder advises Us in writing that it does not seek insurance under this policy for such newly acquired or formed Subsidiary.
GCA5195

---

**Physical Examination and Autopsy**

We have the right to have an Insured Person examined by a Physician approved by Us, as often as reasonably necessary while a claim is open. We may also have an autopsy done by a Physician, unless prohibited by law. Any examinations or autopsies that We require will be done at Our expense.
GCA5193

---

**Premium Payment**

The Policyholder will collect and remit to Us all premium due under this policy, subject to the grace period.

Premium is adjustable. The earned premium is calculated for each reporting period based on the applicable rates and exposures. The Policyholder must keep records of the information We need to calculate the premium and send Us copies of these records for each reporting period.

The earned premium will be computed on a pro-rata basis. Any unearned premium will be remitted to the Policyholder for return to the Primary Insured Person as soon as practicable.
GCA5196

---

# EXHIBIT "A"

# 58

**Premium Provisions**

The **Policyholder** will pay all premium due under this policy, subject to the grace period. Annual Premiums and Deposit Premiums are due at the beginning of the Policy Period and each future Anniversary Date unless otherwise indicated on the Premium Summary.

If premiums are adjustable, then We will compute the earned premium for each audit reporting period based on the applicable rates and exposures. The **Policyholder** must keep records of the information We need to perform the adjustment and send Us copies at Our request.

If the policy is written subject to adjustment shown in the Premium Schedule, then the **Policyholder** must report to Us the complete information for the reporting period shown in the Premium Summary. The **Policyholder** must submit the reports within the specified number of days after the end of each Reporting Period.

At the earlier of the end of the Policy Period or the policy termination, earned premium will be determined based on the reported values or exposures. If the resulting earned premium is less than the Deposit Premium, if any, then We will return the excess to the **Policyholder**. If the resulting earned premium is greater than the Deposit Premium, if any, then We will bill the **Policyholder** for the additional premium. The **Policyholder** will pay Us, within thirty (30) days, any additional premium generated from the premium adjustment.
GCA5197

---

**Premium Rate Change**

We may change the premium rates for this policy on the Anniversary Date. We will give the **Policyholder** at least forty five (45) days prior written notice of such change.
GCA5198

---

# EXHIBIT "A"

# 59

**Premium Waiver**

We will waive a Primary Insured Person's premium due and continue insurance under this policy if a Primary Insured Person suffers Premium Waiver Disability provided that such Premium Waiver Disability:

    1)        begins while a Primary Insured Person is insured under this policy; and

    2)        exists continuously for a period of one hundred eighty (180) days.

As a condition precedent to this waiver of premium:

    1)        proof of Premium Waiver Disability must be furnished to Us, no later than twelve (12) months after the date on which such Premium Waiver Disability began; and

    2)        We shall have the right to examine the Primary Insured Person at any time during the first two (2) years after We receive proof of Premium Waiver Disability and no less frequently than annually thereafter.

When We receive satisfactory proof of Premium Waiver Disability, We will refund to the Primary Insured Person or to the Primary Insured Person's estate if the Primary Insured Person has died, any premium paid during the period for the Premium Waiver Disability.

This waiver will cease on the first to occur of:

    1)        the date the Primary Insured Person ceases to be Premium Waiver Disabled;

    2)        the date the Primary Insured Person fails to submit required proof of Premium Waiver Disability;

    3)        the date the Primary Insured Person fails to submit to any physical examination;

    4)        the date the Primary Insured Person attains age sixty-five (65);

    5)        the date this policy ends; or

    6)        the date the Primary Insured Person dies.

GCA5200

---

**Records and Audit**

We may examine the Policyholder's books and records relating to this policy at any reasonable time during the policy term and up to three (3) years after expiration of this policy or until final adjustment and settlement of all claims under this policy, whichever is later.

The Policyholder must maintain information pertaining to Insured Persons including but not limited to each Insured Person's Benefit Amount, Class, Salary, enrollment form, if any, and beneficiary designations or assignments.
GCA5204

---

54

EXHIBIT "A"

60

61

### Statements by Policyholder or Insured Person and Incontestability

We will not use any statements, except fraudulent misstatements, made by the Policyholder or the Insured Person to void the insurance or reduce benefits payable under this policy, or to otherwise contest the validity of this policy, unless such statements are contained in a written document signed by the Policyholder or the Insured Person. If We rely on such statements for this purpose, then We will provide a copy of the written document to the Policyholder, the Insured Person or the Insured Person's designee or beneficiary, as appropriate.

We will consider all statements made by the Policyholder and the Insured Person to be representations and not warranties.

Except for nonpayment of premium, We will not use statements made by the Policyholder or the Insured Person regarding insurability to contest the validity of this policy when the statements are made more than two (2) years after this policy has been in force during the Insured Person's lifetime.

Nothing in this section will preclude Us from asserting at any time defenses based upon a claimant's ineligibility for insurance under this policy, or upon any other policy provision or condition.
GCA5206

### Titles of Paragraphs

The titles of the various paragraphs of this policy and any endorsements attached to this policy are inserted solely for convenience of reference and do not limit or affect in any way the provisions to which they relate.
GCA5208

### Workers' Compensation

The benefits payable under this policy are not in lieu of and do not affect any requirement for workers' compensation insurance.
GCA5210

EXHIBIT "A"                                                61

62



**California Life and Health Insurance**
**Guarantee Association Act**
**Summary Document and Disclaimer**

Residents of California who purchase life and health insurance and annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guarantee Association ("CLHIGA"). The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guarantee Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided through the Association is not unlimited, as noted in the box below, and is not a substitute for consumers' care in selecting insurers.

The California Life and Health Insurance Guarantee Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in California. You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus. Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guarantee Association to induce you to purchase any kind of insurance policy.

Policyholders with additional questions should first contact their insurer or agent or may then contact

| California Life and Health Insurance | or | Consumer Service Division |
| Gurantee Association | | California Department of Insurance |
| P.O. Box 16860 | | 300 South Spring Street |
| Beverly Hills, CA 90209 | | Los Angeles, CA 90013 |
| (323) 782-0182 | | (800) 927-4357 or (213) 897-8921 |

Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.

**COVERAGE**
Generally, individuals will be protected by the California Life and Health Insurance Guarantee Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

56

# EXHIBIT "A"

62



EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Guarantee Association if:

•Their insurer was not authorized to do business in this state when it issued the policy or contract;
•Their policy was issued by a health care service plan (HMO), Blue Cross, Blue Shield, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society;
• They are eligible for protection under the laws of another state.
This may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state.

The Guarantee Association also does not provide coverage for:

•Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which guarantee rights to group contract holders, not individuals;
•Employer and association plans, to the extent they are self-funded or uninsured;
• Synthetic guaranteed interest contracts;
•Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
•Any policy of reinsurance unless an assumption certificate was issued;
•Interest rate yields that exceed an average rate;
•Any portion of a contract that provides dividends or experience rating credits.

LIMITS ON AMOUNTS OF COVERAGE The Act limits the Association to pay benefits as follows:
LIFE AND ANNUITY BENEFITS
• 80% of what the life insurance company would owe under a life policy or annuity contract up to • $100,000 in cash surrender values, • $100,000 in present value of annuities, or • $250,000 in life insurance death benefits. • A maximum of $250,000 for any one insured life no matter how many policies and contracts there were with the same company, even if the policies provided different types of coverages. HEALTH BENEFITS • A maximum of $200,000 of the contractual obligations that the health insurance company would owe were it not insolvent. The maximum may increase or decrease annually based upon changes in the health care cost component of the consumer price index.
PREMIUM SURCHARGE
Member insurers are required to recoup assessments paid to the Association by way of a surcharge on premiums charged for health insurance policies to which the Act applies.

**CHUBB**

### Notice of Non-Coverage
#### California Life and Health Insurance Guarantee Association Act

**This policy is NOT covered by The California Life
and Health Insurance Guarantee Association**

EXCLUSIONS FROM COVERAGE

The following are not covered by the California Life and Health Insurance Guarantee Association:

Unallocated annuity contracts; that is, contracts which are not issued to and owned by individuals and which guarantee rights to group contract holders, not individuals;

Employer and association plans, to the extent they are self-funded or uninsured;

Synthetic guaranteed interest contracts;
Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
Any policy of reinsurance unless an assumption certificate was issued;
Interest rate yields that exceed an average rate;
Any portion of a contract that provides dividends or experience rating credits.

**A determination as to whether an insurance contract is covered under the Guarantee Association or whether an annuity contract is allocated or unallocated must initially be made by the insurer based on its knowledge of the specific contract offered.**

Also, you are not protected by this Association if:

The insurer was not authorized to do business in this state when it issued the policy or contract; The policy is issued by a health care service plan (HMO), Blue Cross, Blue Shield; a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society;
You are eligible for protection under the laws of another state. This may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guarantee Association to induce you to purchase any kind of insurance policy.

If you have questions concerning this Notice, you may contact:

| California Life and Health Insurance | or | Consumer Service Division |
|---|---|---|
| Gurantee Association | | California Department of Insurance |
| P.O. Box 16860 | | 300 South Spring Street |
| Beverly Hills, CA 90209 | | Los Angeles, CA 90013 |
| (323) 782-0182 | | (800) 927-4357 or (213) 897-8921 |

**Questions as to specific policies or annuities should be directed to the insurance company offering the product.**

4002 California

58

# EXHIBIT "A"

# 64

## PRIVACY POLICY AND PRACTICES

**THIS NOTICE IS BEING SENT TO THE MASTER POLICYHOLDER OF A GROUP INSURANCE POLICY. IT DESCRIBES CHUBB'S POLICY FOR HANDLING CERTAIN PERSONAL INFORMATION OF ITS INDIVIDUAL CUSTOMERS.**

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in The Personal Information We Collect. At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law, and this Privacy Policy describes those practices.

**The Personal Information We Collect** . Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker, or, automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number, and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our websites (such as that provided through online forms and online information collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

- Information from an employer, benefit plan sponsor, benefit plan administrator or master policyholder for any Chubb individual or group insurance product that you may have (such as name, address and amount of coverage requested).

**The Personal Information We Share** . Chubb may disclose the personal information we collect to service, process, or administer business operations such as underwriting and claims and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others** . Chubb may disclose the personal information we collect to affiliated and non-affiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters, third party administrators and, in the case of group insurance, employers, benefit plan sponsors, benefit plan administrators or master policyholders. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information in response to a subpoena, to detect or prevent fraud, or to comply with an inquiry or requirement of a government agency or regulator.

**Sharing Personal Information With Service Providers or for Joint Marketing** . Chubb may disclose the personal information we collect to agents and brokers so that they can market our financial products and services and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information

59

EXHIBIT "A"

65

to other financial institutions with which we may have joint marketing arrangements; however, we reserve the right to do so in the future, subject to the other financial institution entering into an agreement with us that includes a confidentiality provision.

**Confidentiality and Security of Personal Information** . Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and non-employees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic, and procedural safeguards to guard your personal information

**Personal Health Information** . Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information for marketing purposes unless we have your express consent.

**Personal Information of Former Customers** . Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy** . Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually.

**Definitions.**

"Chubb" means the following companies on whose behalf this notice is given:

| | |
|---|---|
| Chubb & Son Inc. | Executive Risk Indemnity Company |
| Chubb & Son Inc. (of Illinois) | Executive Risk Specialty Insurance Company |
| Chubb Custom Insurance Company | Federal Insurance Company |
| Chubb Custom Market, Inc. | Great Northern Insurance Company |
| Chubb Indemnity Insurance Company | Northwestern Pacific Indemnity Company |
| Chubb Insurance Company of New Jersey | Pacific Indemnity Company |
| Chubb Lloyds Insurance Company of Texas | Quadrant Indemnity Company |
| Chubb Multinational Managers, Inc. | Texas Pacific Indemnity Company |
| Chubb National Insurance Company | Vigilant Insurance Company |

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means non-public personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

<div align="center">

**Chubb Group of Insurance Companies**
**Accident Benefits and Life Department**
**Attention: Privacy Inquiries**
**202 Hall's Mill Road, P.O. Box 1600**
**Whitehouse Station, New Jersey, 08889-1600**

</div>

Form 44-02-2087 (Ed. 9/08)

<div align="center">

# EXHIBIT "A"

</div>

66

 **CT Corporation**

<div align="right">

**Service of Process Transmittal**
12/23/2013
CT Log Number 524108244

</div>

**TO:**   Dana L Graham
Federal Insurance Company
555 South Flower Street, 4th Floor
Los Angeles, CA 90071

**RE:**   **Process Served in California**

**FOR:**   Chubb & Son, Inc. (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Angelica Jones, Pltf. vs. Federal Insurance Company, etc., et al. including Chubb & Son, Inc., etc., a New Jersey corporation, Dfts. *Domestic state discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, ADR Packets, Stipulation, Exhibit(s) |
| **COURT/AGENCY:** | Alameda County - Superior Court - Oakland, CA Case # RG13707520 |
| **NATURE OF ACTION:** | Insurance Litigation - Breach of Implied Covenant of Good Faith and Fair Dealing - Policy benefits claimed for death insurance benefits |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/23/2013 at 12:50 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | James J. Matson Law Offices of James J. Matson 1333 N. California Blvd., Suite 620 Walnut Creek, CA 94596 925-934-1980 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/24/2013, Expected Purge Date: 12/29/2013 Image SOP Email Notification, Dana L Graham dlgraham@chubb.com Email Notification, Kenneth B Mitchell kmitchell@chubb.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.