IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANJELICA JONES,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 14-0313 RS

**ORDER GRANTING DEFENDANT CHUB & SON, INC.'S MOTION TO DISMISS**

Pursuant to Civil Local Rule 7-1(b), the motion to dismiss brought by defendant Chubb & Son, Inc. is suitable for disposition without oral argument, and the hearing set for March 6, 2014 is hereby vacated. Chubb's motion makes a sufficient showing that it has in effect been mistakenly named in this action, in that it did not issue the insurance policy in dispute, is not a division or representative of the other defendant, and is merely an inactive holding company. Plaintiff has filed no opposition to the motion. Accordingly, good cause appearing the motion is granted.

1  IT IS SO ORDERED.

3  Dated: 2/27/14

   _____
   RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE