Mary E. McPherson, Esq. SBN 177194
mmcpherson@treslerllp.com
TRESSLER LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:  (949) 336-1200
Facsimile:   (949) 752-0645

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

James J. Matson, Esq. SBN 120870
jmatson@outlook.com
Law Offices of James J. Matson
1931 San Miguel Drive, Suite 100
Walnut Creek, California 94596
Telephone: (925) 934-1980
Facsimile:  (925) 934-1978
Attorneys for Plaintiff, ANGELICA JONES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELICA JONES,<br><br>                  Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, a New Jersey corporation, and DOES 1 through 20, inclusive,<br><br>                  Defendants. | Case No.  3:14-cv-00313-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING, AND TO CONTINUE THE HEARING ON, DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT [L.R. 6-2(a)];** [PROPOSED] **ORDER** |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff Angelica Jones ("Plaintiff") and Defendant Federal Insurance Company ("Federal"), by and through their respective counsel of record, hereby submit the following Stipulation extending the deadline for Federal to file its Motion for Summary Judgment, or in

1

STIPULATION TO EXTEND DEADLINE FOR FILING, AND TO CONTINUE THE HEARING ON,
DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT
3:14-CV-00313-HSG

the alternative, Summary Adjudication, and to continue the hearing on Federal's Motion for Summary Judgment, or in the alternative, Summary Adjudication.

WHEREAS, Federal's current deadline to file its Motion for Summary Judgment, or in the alternative, Summary Adjudication is April 23, 2015.

WHEREAS, Federal's Motion for Summary Judgment, or in the alternative, Summary Adjudication is currently scheduled to be heard on May 28, 2015 at 2:00 p.m. in Courtroom 15.

WHEREAS, due to unexpected circumstances, Mary E. McPherson, counsel for Federal must attend to family obligations the week of April 23, 2015.

WHEREAS, on April 17, 2015, Allison O. Chua, Ms. McPherson's associate, conferred by telephone and email correspondence with James J. Matson, undersigned counsel for the Plaintiff, and Mr. Matson agreed to accommodate counsel by stipulating to extend the deadline for filing, and to continue the hearing on, Federal's Motion for Summary Judgment, or in the alternative, Summary Adjudication.

WHEREAS, Federal checked the Court's calendar and noted that the next available law and motion date is June 18, 2015.

WHEREAS, there have been no prior requests by any party for an extension of the deadline for filing Federal's Motion for Summary Judgment, or in the alternative, Summary Adjudication, or for a continuance of the hearing on said motion.

NOW, THEREFORE, as permitted under Northern District of California Local Rule 6–2(a), Plaintiff and Federal, through their respective counsel of record, hereby stipulate and agree as follows:

1. Federal's Motion for Summary Judgment, or in the alternative, Summary Adjudication must be filed and served no later than April 30, 2015.

2. Federal's Motion for Summary Judgment, or in the alternative, Summary Adjudication shall be noticed for hearing on June 18, 2015.

**IT IS SO STIPULATED.**

///

///

2

STIPULATION TO EXTEND DEADLINE FOR FILING, AND TO CONTINUE THE HEARING ON, DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT
3:14-CV-00313-HSG

1 | Dated: April 20, 2015                                     TRESSLER LLP
2
3 |                                         By: /s/Mary E. McPherson
  |                                             Mary E. McPherson, Esq.
4 |                                             Attorney for Defendant FEDERAL INSRUANCE
  |                                             COMPANY
5
6 | Dated: April 23, 2015                                  LAW OFFICES OF JAMES J. MASTON
7
8 |                                         By: __SEE NEXT PAGE__
  |                                             James J. Matson, Esq.
9 |                                             Attorney for Plaintiff ANGELICA JONES

3

STIPULATION TO EXTEND DEADLINE FOR FILING, AND TO CONTINUE THE HEARING ON,
DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT
3:14-CV-00313-RS

Dated: April 23, 2015                                TRESSLER LLP

By: _____
    Mary E. McPherson, Esq.
    Attorney for Defendant FEDERAL INSRUANCE COMPANY

Dated: April 23, 2015                                LAW OFFICES OF JAMES J. MASTON

By: _____
    James J. Matson, Esq.
    Attorney for Plaintiff ANGELICA JONES

---

3

STIPULATION TO EXTEND DEADLINE FOR FILING, AND TO CONTINUE THE HEARING ON,
DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT
3:14-CV-00313-RS

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, good cause appearing, as set forth in the Stipulation to Extend Deadline for Filing, and to Continue the Hearing On, Defendant Federal Insurance Company's ("Federal") Motion for Summary Judgment, the current deadline for filing and the hearing on Federal's Motion for Summary Judgment be continued as follows:

1. The current deadline for filing Federal's Motion for Summary Judgment is hereby extended to **April 30, 2015**.

2. Federal's Motion for Summary Judgment shall be noticed for **June 18, 2015** at 2:00 p.m.

**IT IS SO ORDERED.**

Date: _____April 21, 2015_____   _____
Hon. Haywood S. Gilliam, Jr.

OC#52176

4

STIPULATION TO EXTEND DEADLINE FOR FILING, AND TO CONTINUE THE HEARING ON, DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT
3:14-CV-00313-HSG

## CERTIFICATE OF SERVICE

*Angelica Jones v. Federal Ins. Co. et al.*
United States District Court, Northern District of California
San Francisco Division Case No. 4:14-CV-00313-RS

**Our File No. 2246-754**

    I hereby certify that on the date indicated below, I filed the foregoing: **STIPULATION TO EXTEND DEADLINE FOR FILING, AND TO CONTINUE THE HEARING ON, DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT [L.R. 6-2(a)]; [PROPOSED] ORDER** with the Clerk of the Court using the CM/ECF system. Notification of such filing has also been sent to counsel or all represented parties, including the following:

James J. Matson, Esq.
LAW OFFICES OF JAMES J. MATSON
1931 San Miguel Drive, Suite 100
Walnut Creek, CA 94596
Telephone:     (925) 934-1980
Facsimile:     (925) 934-1978
Email:         jmatson@sonic.net

Attorneys for Plaintiff ANGELICA JONES


Dated:   April 20, 2015                    /s/ Kimberly A. Bowers
                                           Kimberly A. Bowers


OC#46928 (2246-754)