Mary E. McPherson, Esq. SBN 177194
mmcpherson@treslerllp.com
TRESSLER LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 336-1200
Facsimile: (949) 752-0645

Attorneys for Defendant, FEDERAL INSURANCE COMPANY

James J. Matson, Esq. SBN 120870
jmatson@outlook.com
Law Offices of James J. Matson
1931 San Miguel Drive, Suite 100
Walnut Creek, California 94596
Telephone: (925) 934-1980
Facsimile: (925) 934-1978

Attorneys for Plaintiff, ANGELICA JONES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELICA JONES,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, a New Jersey corporation, and DOES 1 through 20, inclusive,<br><br>   Defendant. | Case No. 3:14-cv-00313-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT [L.R. 6-2(a)]; [PROPOSED] ORDER** |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff Angelica Jones ("Plaintiff") and Defendant Federal Insurance Company ("Federal"), by and through their respective counsel of record, hereby submit the following Stipulation extending the deadline for Federal to file its Motion for Summary Judgment, or in the alternative, Summary Adjudication.

1. WHEREAS, Federal's current deadline to file its Motion for Summary Judgment, or in the alternative, Summary Adjudication is April 30, 2015.

WHEREAS, Federal's Motion for Summary Judgment, or in the alternative, Summary Adjudication is currently scheduled to be heard on June 18, 2015 at 2:00 p.m. in Courtroom 15.

WHEREAS, pursuant to Northern District of California Local Rule 7-2(a) and based on a hearing date of June 18, 2015, the deadline for Federal to notice, file and serve its Motion for Summary Judgment, or in the alternative, Summary Adjudication is May 14, 2015.

WHEREAS, the mother of Mary E. McPherson, lead counsel for Federal, was hospitalized during the week of April 24, 2015 and will require post-hospital care. Ms. McPherson is her mother's primary caregiver and is responsible for her care.

WHEREAS, on April 24, 2015, Allison O. Chua, Ms. McPherson's associate, conferred by telephone and email correspondence with James J. Matson, undersigned counsel for the Plaintiff, and Mr. Matson agreed to accommodate counsel by stipulating to extend the deadline for filing Federal's Motion for Summary Judgment, or in the alternative, Summary Adjudication.

WHEREAS, there was only one prior request by Federal for an extension of the deadline for filing its Motion for Summary Judgment, or in the alternative, Summary Adjudication, and Federal does not anticipate any other requests for an extension of this deadline.

NOW, THEREFORE, as permitted under Northern District of California Local Rule 6-2(a), Plaintiff and Federal, through their respective counsel of record, hereby stipulate and agree as follows:

1. Federal's Motion for Summary Judgment, or in the alternative, Summary Adjudication must be filed and served no later than May 14, 2015.

**IT IS SO STIPULATED.**

///

///

///

1  Dated: April ___, 2015          TRESSLER LLP

2

3                                  By: __/s/ Mary E. McPherson_____
                                       Mary E. McPherson, Esq.
4                                      Attorney for Defendant FEDERAL INSRUANCE
                                       COMPANY
5

6  Dated: April ___, 2015          LAW OFFICES OF JAMES J. MASTON

7

8                                  By: _____
                                       James J. Matson, Esq.
9                                      Attorney for Plaintiff ANGELICA JONES

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Dated: April ___, 2015          TRESSLER LLP
2
3                                   By: _____
                                        Mary E. McPherson, Esq.
4                                       Attorney for Defendant FEDERAL INSRUANCE
                                        COMPANY
5
6  Dated: April 27, 2015           LAW OFFICES OF JAMES J. MASTON
7
8                                   By: _____
                                        James J. Matson, Esq.
9                                       Attorney for Plaintiff ANGELICA JONES
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that, good cause appearing, as set forth in the Stipulation to Extend Deadline for Filing Defendant Federal Insurance Company's ("Federal") Motion for Summary Judgment as follows:

1. The current deadline for filing Federal's Motion for Summary Judgment is hereby extended to **May 14, 2015**.

**IT IS SO ORDERED.**

Date: _____April 28__, 2015        _____
                                    Hon. Haywood S. Gilliam, Jr.

OC#52227

**CERTIFICATE OF SERVICE**

*Angelica Jones v. Federal Ins. Co. et al.*
United States District Court, Northern District of California
San Francisco Division Case No. 4:14-CV-00313-HSG
**Our File No. 2246-754**

I hereby certify that on **April 27, 2015**, I filed the foregoing: **STIPULATION TO EXTEND DEADLINE FOR FILING, AND TO CONTINUE THE HEARING ON, DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT [L.R. 6-2(a)]; [PROPOSED] ORDER** with the Clerk of the Court using the CM/ECF electronic filing system. Notification of such filing is being sent to counsel for all represented parties, including the following:

James J. Matson, Esq.
LAW OFFICES OF JAMES J. MATSON
1931 San Miguel Drive, Suite 100
Walnut Creek, CA 94596
Telephone:   (925) 934-1980
Facsimile:   (925) 934-1978
Email:       jmatson@sonic.net

Attorneys for Plaintiff ANGELICA JONES

Dated:  April 27, 2015                         /s/ Johnetta Caldwell
                                                   Johnetta Caldwell

5

STIPULATION TO EXTEND DEADLINE FOR FILING DEFENDANT FEDERAL INSURANCE
COMPANY'S MOTION FOR SUMMARY JUDGMENT
3:14-CV-00313-HSG