James J. Matson, Esq. (SBN 120870)
jmatson@outlook.com
Law Office of James J. Matson
2121 N. California Blvd., Suite 290
Walnut Creek, California  94596
Telephone: (925) 934-1980
Facsimile: (925) 934-1978
Attorneys for Plaintiff ANGELICA JONES

Mary E. McPherson, Esq. (SBN 177194)
mmcpherson@treslerllp.com
TRESSLER LLP
2 Park Plaza, Suite 1050
Irvine, CA  92614
Telephone:  (949) 336-1200
Facsimile:   (949) 752-0645
Attorneys for Defendants FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELICA JONES,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, a New Jersey corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. **3:14-cv-00313-HSG**<br>Judge Haywood S. Gilliam, Jr.<br>Courtroom 15 – 18th Floor<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF DISMISSAL**<br>**[FRCP 41(a)(1)(A)(ii)]** |

　　On October 28, 2015, the parties jointly submitted a "Stipulation of Dismissal" to the Court.

　　Accordingly, the instant matter is dismissed, with prejudice, and the parties will bear their respective costs and attorney's fees.

1
2   IT IS SO ORDERED.
3
4   Dated:  October 29, 2015
5
6
7                                   _____
                                    THE HONORABLE HAYWOOD S. GILLIAM, JR.
8                                   UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28